```
ROBERT WAYNE SIMS          MS DEPT OF REVENUE
203 WINTER TRAIL CT        BANKRUPTCY SECTION
MADISON, MS 39110          PO BOX 22808
                           JACKSON, MS 39225-2808


THOMAS C. ROLLINS, JR.     PRIORITYONE BANK
THE ROLLINS LAW FIRM, PLLC POB 516
P.O. BOX 13767             MAGEE, MS 39111
JACKSON, MS 39236


AMEX                       S-7 PROPERTIES
ATTN: BANKRUPTCY           232 MARKET ST
PO BOX 981535              STE K
EL PASO, TX 79998          FLOWOOD, MS 39232


CHASE CARD SERVICES        TESLA TRUST
ATTN: BANKRUPTCY           12832 FRONTRUNNER BLVD
PO BOX 15299               STE 100
WILMINGTON, DE 19850       DRAPER, UT 84020


INTERNAL REVENUE SERVI     THE CITIZENS BANK
CENTRALIZED INSOLVENCY     521 MAIN ST
P.O. BOX 7346              PHILADELPHIA, MS 39350
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI     US ATTORNEY GENERAL
C/O US ATTORNEY            US DEPT OF JUSTICE
501 EAST COURT ST          950 PENNSYLVANIA AVENW
STE 4.430                  WASHINGTON, DC 20530-0001
JACKSON, MS 39201


JAMES TARBUTTON
3249 BRANDYWINE DR
MADISON, MS 39110



KEY THERAPUTICS, LLC
232 MARKET ST
STE K
FLOWOOD, MS 39232



LANDRI MCINTOSH
141 BEAR CREEK CIR
CANTON, MS 39046
```