# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                          CHAPTER 7

ROBERT WAYNE SIMS                                                      CASE NUMBER: 26-00138 JAW

## REJECTION/RESIGNATION AS INTERIM/PERMANENT TRUSTEE
## AND APPOINTMENT OF SUCCESSOR TRUSTEE

COMES NOW, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. §703 and submits this resignation and request that a successor trustee be appointed.

This rejection/resignation is submitted because:   <u>CONFLICT OF INTEREST</u>

s / Derek A. Henderson<br>
Derek A. Henderson, Trustee

Effective this date, I hereby accept the rejection/resignation of <u>Derek A. Henderson</u> having been previously appointed as interim trustee and hereby appoint <u>Stephen Smith</u> as successor interim trustee.

DATE: _____          DAVID W. ASBACH
                                                                         Acting United States Trustee Region V
                                                                         Judicial Districts of Louisiana and Mississippi

                                                          By: _____
                                                                  ABIGAIL M. MARBURY
                                                                  Assistant United States Trustee