# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                 CHAPTER 7

ROBERT WAYNE SIMS                           CASE NUMBER: 26-00138 JAW

## REJECTION/RESIGNATION AS INTERIM/PERMANENT TRUSTEE
## AND APPOINTMENT OF SUCCESSOR TRUSTEE

COMES NOW, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. §703 and submits this resignation and request that a successor trustee be appointed.

This rejection/resignation is submitted because: <u>CONFLICT OF INTEREST</u>

                                                               s / Derek A. Henderson
                                                               Derek A. Henderson, Trustee

Effective this date, I hereby accept the rejection/resignation of <u>Derek A. Henderson</u> having been previously appointed as interim trustee and hereby appoint <u>Stephen Smith</u> as successor interim trustee.

DATE: _____          DAVID W. ASBACH
                                                       Acting United States Trustee Region V
                                                       Judicial Districts of Louisiana and Mississippi

                                                    By: _____
                                                       ABIGAIL M. MARBURY
                                                       Assistant United States Trustee