**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     ROBERT WAYNE SIMS                      CASE NUMBER: 26-00138-JAW
           DEBTOR(S)                                           CHAPTER 7

**NOTICE RESCHEDULING MEETING OF CREDITORS DUE TO RESIGNATION**
**AND APPOINTMENT OF SUCCESSOR TRUSTEE**

The Acting United States Trustee for Region 5, David W. Asbach, upon receipt of resignation of trustee and appointment of below named successor trustee, hereby reschedules the meeting of creditors in the above styled and numbered case to the **6th** day of **March 2026,** at **9:00am** to be held via Zoom:

**Trustee: J. Stephen Smith**
**Zoom Meeting Website: www.zoom.us/join**
**Zoom Meeting ID: 403 133 1551**
**Zoom Meeting Passcode: 2220976269**
**[Alternate Call-in number: 769-215-6920]**

Dated:  January 23, 2026

                                        DAVID W. ASBACH
                                        Acting United States Trustee
                                        Region 5, Judicial Districts of
                                        Louisiana and Mississippi

                          By:    /*s*/ Sarita Dukes
                                        Legal Assistant

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing pleading has been served this day on the attached Matrix and the below named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the court's CM/ECF system:

Robert Wayne Sims
203 Winter Trail Ct.
Madison, MS 39110
*Debtor*

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

J. Stephen Smith
SSmith@hrkcpa.com

All Creditors Listed on the Matrix (attached)

Dated: January 23, 2026

               /s/ Sarita Dukes
               Legal Assistant

```
ROBERT WAYNE SIMS          MS DEPT OF REVENUE
203 WINTER TRAIL CT        BANKRUPTCY SECTION
MADISON, MS 39110          PO BOX 22808
                           JACKSON, MS 39225-2808


THOMAS C. ROLLINS, JR.     PRIORITYONE BANK
THE ROLLINS LAW FIRM, PLLC POB 516
P.O. BOX 13767             MAGEE, MS 39111
JACKSON, MS 39236


AMEX                       S-7 PROPERTIES
ATTN: BANKRUPTCY           232 MARKET ST
PO BOX 981535              STE K
EL PASO, TX 79998          FLOWOOD, MS 39232


CHASE CARD SERVICES        TESLA TRUST
ATTN: BANKRUPTCY           12832 FRONTRUNNER BLVD
PO BOX 15299               STE 100
WILMINGTON, DE 19850       DRAPER, UT 84020


INTERNAL REVENUE SERVI     THE CITIZENS BANK
CENTRALIZED INSOLVENCY     521 MAIN ST
P.O. BOX 7346              PHILADELPHIA, MS 39350
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI     US ATTORNEY GENERAL
C/O US ATTORNEY            US DEPT OF JUSTICE
501 EAST COURT ST          950 PENNSYLVANIA AVENW
STE 4.430                  WASHINGTON, DC 20530-0001
JACKSON, MS 39201


JAMES TARBUTTON
3249 BRANDYWINE DR
MADISON, MS 39110



KEY THERAPUTICS, LLC
232 MARKET ST
STE K
FLOWOOD, MS 39232



LANDRI MCINTOSH
141 BEAR CREEK CIR
CANTON, MS 39046
```