**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                               BANKRUPTCY PROCEEDING

ROBERT WAYNE SIMS                                    CASE NUMBER: 26-00138 JAW

---

**NOTICE OF APPEARANCE**

---

PURSUANT to Bankruptcy Rules 2002 and 9010, Derek A. Henderson, Attorney at Law, hereby enters his appearance as attorney of record in the above referenced bankruptcy proceeding on behalf of North Point Rx, LLC and requests that he be placed on the mailing list and receive all copies of any relevant documents.

Please add the following name and address to the list of counsel:

Derek A. Henderson
Attorney at Law
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
Telephone: (601) 948-3167
Facsimile: (601) 948-0109
derek@derekhendersonlaw.com

DATED this the 27th day of January, 2026.

Respectfully submitted,


By:    s / Derek A. Henderson
       DEREK A. HENDERSON
       ATTORNEY FOR NORTH POINT RX, LLC

## <u>CERTIFICATE OF SERVICE</u>

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via the ECF

Notification Service, which provides electronic notice all parties of record, a true and correct copy

of the above and foregoing Notice of Appearance to the following:

Robert Wayne Sims
203 Winter Trail Ct
Madison, MS 39110

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Office of United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

This, the 27th day of January, 2026.

s / Derek A. Henderson
DEREK A. HENDERSON

**Derek A. Henderson, MSB #2260**
**Anna Claire Henderson, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
derek@derekhendersonlaw.com
annaclaire@derekhendersonlaw.com