# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                       CHAPTER 7

ROBERT WAYNE SIMS                                          CASE NO. 26-00138-JAW

## APPLICATION OF
## TRUSTEE TO EMPLOY ATTORNEY

**COMES NOW**, J. Stephen Smith, Trustee (hereinafter referred to as "Trustee") in the above captioned and numbered cause, and would show unto the Court the following:

1. That in the administration of said estate, and in the performance of the duties as Trustee, it will be necessary for the Trustee to employ an attorney to advise him in the administration thereof, to attend hearings, question the Debtors and various witnesses, prepare numerous petitions and orders, determine the priority of creditors, investigate claims and determine the validity of liens, recover assets and perform any and all legal services which may become necessary herein.

2. That the Trustee desires to retain Eileen N. Shaffer, who is duly licensed to practice law before the United States District Court for this District as his attorney; that, said attorney is familiar with the bankruptcy practice in this Court and is qualified to act in the capacity of attorney for the Trustee herein.

3. That said attorney does not represent any of the creditors or the Debtor herein, and represents no interest adverse to the Trustee, and that this employment would be in the best interest of this estate.

**WHEREFORE**, J. Stephen Smith, Trustee, prays that he be authorized to employ Eileen N. Shaffer of Jackson, Mississippi, as his attorney in this cause and that said attorney's compensation be fixed by the Court and paid as an expense of administration herein.

Respectfully submitted,

_____
EILEEN N. SHAFFER

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
(601) 969-3006
eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, do hereby certify that I have caused to be noticed by electronic transmission, a true and correct copy of the above and foregoing Application of Trustee to Employ Attorney to the following, on the day and year hereinafter set forth:

    Thomas Carl Rollins, Jr., Esq.
    Attorney for Debtor
    trollins@therollinsfirm.com

    United States Trustee
    USTPRegion05.JA.ECF@usodj.gov

**SO CERTIFIED** this the 27th day of January, 2026.

_____
EILEEN N. SHAFFER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                          CHAPTER 7

ROBERT WAYNE SIMS                          CASE NO. 26-00138-JAW

## STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014

**COMES NOW**, Eileen N. Shaffer, and would represent unto the Court, under penalty of perjury:

That she has no connection with the debtor(s), or any other party in interest, their respective accountants and attorneys, the United States Trustee or any person employed in the office of the United States Trustee in the captioned case;

That she has represented debtors and creditors in various bankruptcy proceedings that Stephen Smith has been the Trustee in;

That she has no interest which would be in conflict with the Trustee in the captioned matter.

_____
EILEEN N. SHAFFER

DATED: __1/27/2026__