UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROBERT WAYNE SIMS,                                                          CASE NO. 26-00138-JAW

    DEBTOR.                                                                                    CHAPTER 7

## CERTIFICATION OF FAMILIARITY WITH LOCAL RULES

In accordance with Miss. Bankr. L.R. 9010-1(b)(1)(C), the undersigned certify in connection with the Motion for Admission *Pro Hac Vice* **[Dkt. #26]** that attorney Steven M. Berman has read and is familiar with the Uniform Local Rules of the United States Bankruptcy Courts for the Northern and Southern Districts of Mississippi.

SO CERTIFIED.

DATED:  February 20, 2026.

*(remainder of page intentionally left blank)*

#110823755v1

                Respectfully submitted,

                JEFFREY THOMPSON, Liquidating Trustee for LEGACY-XSPIRE HOLDINGS, LLC, WRASER, LLC AND XSPIRE PHARMA, LLC

                By Its Attorneys,
                JONES WALKER LLP


                */s/ Kristina M. Johnson*

Kristina M. Johnson, MS Bar No. 9382
JONES WALKER LLP
3100 North State Street, Suite 300 (39201)
Post Office Box 427
Jackson, Mississippi  39205-0427
Telephone:  (601) 949-4785
Telecopy:  (601) 949-4804
kjohnson@joneswalker.com

                Respectfully submitted,

                JEFFREY THOMPSON, Liquidating Trustee for LEGACY-XSPIRE HOLDINGS, LLC, WRASER, LLC AND XSPIRE PHARMA, LLC

                By Its Attorneys,
                SHUMAKER, LOOP & KENDRICK, LLP


                */s/ Steven M. Berman*

Steven M. Berman (FL Bar No. 856290)
SHUMAKER, LOOP & KENDRICK, LLP
101 East Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Telephone  (813) 229-7600
Telecopy  (813) 229-1660
sberman@shumaker.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

>Office of U. S. Trustee
>USTPRegion05.JA.ECF@usdoj.gov
>
>Thomas Carl Rollins, Jr., Esq.
>trollins@therollinsfirm.com
>
>Eileen N. Shaffer, Esq.
>eshaffer@eshaffer-law.com
>
>Stephen Smith, Trustee
>trustee@hrkcpa.com

DATED: February 20, 2026.

>*/s/ Kristina M. Johnson*

#110823755v1