_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROBERT WAYNE SIMS,                                    CASE NO. 26-00138-JAW

DEBTOR.                                                        CHAPTER 7

**ORDER APPROVING MOTION FOR ADMISSION *PRO HAC VICE*** [Dkt. #26]

This day there came on for consideration the Motion for Admission *Pro Hac Vice* **[Dkt. #26]** ("**Motion**") filed by Judgment Creditor, Jeffrey Thompson, in his capacity as Liquidating Trustee for the Debtors, Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC in the above-referenced chapter 7 proceeding.  The Court, being fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Steven M. Berman be admitted to practice in this Bankruptcy Court for the purpose of appearing in the instant case as set forth in the Motion, including any adversary proceedings which may arise in connection with this case.

**\*\*END OF ORDER\*\***

#110823620v1

Submitted by:

*/s/ Kristina M Johnson*

Counsel for Jeffrey Thompson, in his capacity as
Liquidating Trustee for the Debtors, Legacy-Xspire
Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC
JONES WALKER LLP
P.O. Box 427
Jackson, MS 39205-0427
Telephone: (601) 949-4785
Telecopy: (601) 949-4804
kjohnson@joneswalker.com

#110823620v1