United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 26-00138-JAW |
| Robert Wayne Sims | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Feb 24, 2026 | Form ID: pdf012 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Wayne Sims, 203 Winter Teal Ct, Madison, MS 39110-9652 |
| aty | + | Steven M. Berman, Shumaker, Loop & Kendrick, LLP, 101 East Kennedy Blvd., Suite 2800, Tampa, FL 33602-5153 |
| cr | | Jeffrey Thompson, Liquidating Trustee for Legacy-X, c/o Kristina M. Johnson, Esq., Jones Walker LLP, P. O. Box 427, Jackson, MS 39205-0427 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 26, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anna Claire Henderson | |
| | on behalf of Creditor North Point Rx LLC annaclaire@derekhendersonlaw.com |
| Derek A Henderson | |
| | on behalf of Creditor North Point Rx LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Eileen N. Shaffer | |
| | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |
| Kristina M. Johnson | |
| | on behalf of Creditor Jeffrey Thompson Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com |
| Stephen Smith | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 24, 2026 | Form ID: pdf012 | Total Noticed: 3 |

trustee@hrkcpa.com MS02@ecfcbis.com

Thomas Carl Rollins, Jr

on behalf of Debtor Robert Wayne Sims trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

___



SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 24, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROBERT WAYNE SIMS,                    CASE NO. 26-00138-JAW

DEBTOR.                                CHAPTER 7

**ORDER APPROVING MOTION FOR ADMISSION *PRO HAC VICE* [Dkt. #26]**

This day there came on for consideration the Motion for Admission *Pro Hac Vice* **[Dkt. #26]** ("**Motion**") filed by Judgment Creditor, Jeffrey Thompson, in his capacity as Liquidating Trustee for the Debtors, Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC in the above-referenced chapter 7 proceeding. The Court, being fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Steven M. Berman be admitted to practice in this Bankruptcy Court for the purpose of appearing in the instant case as set forth in the Motion, including any adversary proceedings which may arise in connection with this case.

**\*\*END OF ORDER\*\***

#110823620v1

Submitted by:

*/s/ Kristina M Johnson*
Counsel for Jeffrey Thompson, in his capacity as
Liquidating Trustee for the Debtors, Legacy-Xspire
Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC
JONES WALKER LLP
P.O. Box 427
Jackson, MS 39205-0427
Telephone: (601) 949-4785
Telecopy: (601) 949-4804
kjohnson@joneswalker.com

#110823620v1