PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
03/06/2026

IN RE:   **SIMS, ROBERT WAYNE**                    CASE NUMBER: 26-00138-JAW

APPEARANCES:
(X) DEBTOR 1                                       ( ) DEBTOR 2 (Wife in Joint Cases)
    (X) Required picture I.D. produced                 ( ) Required picture I.D. produced
    (X) Required SSN verification produced             ( ) Required SSN verification produced
    ( ) Pay advices received                           ( ) Pay advices received

Credit counseling certificate (X) filed ( ) not filed.
Tax returns received for **2023 + 2024** (years) on **02/02/2026** (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(X) ATTORNEY FOR DEBTOR(S): ~~JORDAN L. ASH or substitute~~: **T.C. Rollins**
( ) DEBTOR(S) APPEARED PRO SE
    ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
    ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTINUED TO THE ____ DAY OF _____, 20__ AT _____ O'CLOCK __.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

(X) CREDITOR(S) **Kristina Johnson, Steve Berman - for Liquidating Trustee Jeffrey Thompson, ~~Drew Harwood~~, Sarah Beth Wilson - Attys. for The Citizens Bank of Philadelphia, ~~Dorsey Henderson, Atty for North Point RE, LLC~~**

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
~~_____~~ **Eileen Shaffer – Atty. for Trustee**
**Lawrence Deas – Presumptive Sp. Counsel for Trustee**
**Caleb Nicholson – CAA for Trustee**

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL NOTES: **Related Case: Key Therapeutics, LLC (26-00106-JAW)**

**Justin Luna – Atty. for North Point RE, LLC**
**Calvin Sanders – with Lawrence Deas' office.**

DATED: 03/06/2026

_[signature]_
STEPHEN SMITH, TRUSTEE

Track # **013 4062** or Tape # _____, Side _____ Counter Start# _____