## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | |
|---|---|
| **ROBERT WAYNE SIMS,** | **Case No.:   26-00138-JAW** |
| **DEBTOR.** | **Chapter:   7** |

---

### ORDER GRANTING CITIZENS BANK'S EXPEDITED MOTION FOR COMFORT ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS IT RELATES TO A CONDOMINIUM OWNED BY LLC

---

This cause coming before the Court on Citizen Bank's Expedited Motion for Comfort Order Granting Relief from Automatic Stay as it Relates to a Condominium Owned by LLC, and no response having been filed, the Court finds that the motion is well-taken and is due to be granted. Accordingly, it is hereby

PD.61283562.1

**ORDERED, ADJUDGED,** and **DECREED** that the Expedited Motion for Comfort Order on Automatic Stay as it Relates to a Condominium is hereby **GRANTED**. The Condominium held by S-7 Properties, LLC is not property of the estate and the automatic stay not applicable to it. Citizens Bank may pursue any state law remedies that it may be entitled to under non-bankruptcy law.

##END OF ORDER##

<u>Submitted By:</u>

*/s/ Sarah Beth Wilson*
Sarah Beth Wilson (MSB 103650)
Andrew R. Norwood (MSB 105087)
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com

*Attorneys for The Citizens Bank of Philadelphia*

PD.61283562.1