# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | |
|---|---|
| **ROBERT WAYNE SIMS,** | **Case No.:**   **26-00138-JAW** |
| **DEBTOR.** | **Chapter:**   **7** |

---

**CITIZENS BANK'S MOTION TO EXPEDITE HEARING ON MOTION FOR COMFORT ORDER GRANTING RELIEF FROM AUTOMATIC STAY CONCERNING LLC OWNED CONDOMINIUM AND ABANDONING ANY INTEREST OF ESTATE**

---

The Citizens Bank of Philadelphia ("Citizens Bank"), moves for an expedited hearing on its Motion for a Comfort Order Granting Relief from Automatic Stay Concerning LLC Owned Condominium and Abandoning Any Interest of Estate ("Motion").  In support of this Motion, Citizens Bank states as follows:

1.     On January 21, 2026, Robert Wayne Sims filed his voluntary petition under Chapter 7 of the Bankruptcy Code. (Dkt. # 1).

2.     Citizens Bank holds a security interest in a condominium owned by S-7 Properties, LLC, which is not a debtor in this bankruptcy proceeding, or any other bankruptcy proceeding at this time.

3.     Citizens Bank has now filed an Expedited Motion for Comfort Order on the Automatic Stay as it Relates to a Condominium, seeking to pursue its remedies against the condominium at issue.

4.     This request is urgent and Citizens Bank seeks an expedited hearing on the matter for the following reasons:

PD.61285021.1

a.    Citizens Bank originally initiated foreclosure proceedings, including ordering title work and referring the matter to an Alabama-licensed attorney to prepare for foreclosure proceedings, but halted these efforts due to the bankruptcy and conversations with the Chapter 7 Trustee.

b.    To enforce its state law remedies, Citizens Bank will be forced to commit time and effort, not to mention resources, toward foreclosure and collection efforts. The Chapter 7 Trustee has voiced concern with the enforcement efforts and has recommended that Citizens Bank seek an order from the Court. To this end, and because all collection efforts are awaiting a Court order on this motion, time is of the essence.

c.    The real estate market is dynamic and real estate sales require several parties working together within specific timeframes. This is particularly true hear, with the real estate market and the quickly approaching summer season. Prices fluctuate and timing is important for marketability of condos in the area. This process includes advertisements that must be published at specific intervals for at least three week.

d.    To ensure no further diminishment to the value of the collateral, Citizens Bank desires to initiate these proceedings as quickly as possible.

PD.61285021.1

e.       Citizens Bank has been communicating with the Trustee regarding this property and the proposed sale since late January. Citizens Bank was hopeful that the motion would not be necessary, and, thus, engaged with the Debtor and Trustee regarding the property, Citizens Bank's interest, and the proposed foreclosure. Accordingly, the other parties in interest here have had notice of this action for months and no prejudice would result from the expedited hearing.

For these reasons, Citizens Bank request that the Court set this hearing within fourteen (14) days, and that the Court require any response or objection to be filed pursuant to the Local Rule 9013-1(f)(2).

Respectfully submitted,

**PHELPS DUNBAR LLP**

By: */s/* Sarah Beth Wilson
Sarah Beth Wilson (MSB 103650)
Andrew R. Norwood (MSB 105087)
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com

*Attorneys for The Citizens Bank of Philadelphia*

PD.61285021.1

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing pleading was filed through CM/ECF, which sent notice to all counsel of record.

Dated: April 1, 2026.              /s/ Sarah Beth Wilson
                                   Sarah Beth Wilson

PD.61285021.1