## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                    *
                                          *          CASE NO. 26-00138-JAW
ROBERT WAYNE SIMS                         *
                                          *
Debtor                                    *                  CHAPTER 7

### NOTICE OF APPEARANCE AND REQUEST FOR COPIES AND PLEADINGS

**NOTICE IS HEREBY GIVEN** that Andrew R. Norwood of Phelps Dunbar, LLP, 1905 Community Bank Way, Suite 200, Flowood, Mississippi 39232, enters his appearance on behalf of Citizens Bank of Philadelphia. Request is hereby made on behalf of Citizens Bank of Philadelphia that its undersigned attorney be given and served with a true and complete copy of all notices given or required to be given in this case and all papers served or required to be served in this case.

THIS 1st day of April, 2026.

Respectfully submitted,

**CITIZENS BANK OF PHILADELPHIA**

By:    */s/ Andrew R. Norwood*
        ANDREW R. NORWOOD  (MSB 105087)

PD.61325272.1

OF COUNSEL:
**PHELPS DUNBAR, LLP**
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
drew.norwood@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served via the Court's ECF Notification System a true

and correct copy of the above and foregoing on all parties receiving such notices.

By:     */s/ Andrew R. Norwood*
        ANDREW R. NORWOOD (MSB 105087)

PD.61325272.1