MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re:  ROBERT WAYNE SIMS

Case No.: 26-00138-JAW

_Debtor(s)_

Chapter: 7

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, The Citizens Bank of Philadelphia _____, a

[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

|  |
|--|
|  |

**OR**

[✔] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 04/01/2026

_Sarah Beth Wilson_
Attorney Signature

Sarah Beth Wilson, Phelps Dunbar, LLP
Attorney Name

1905 Community Bank Way, Suite 200
Address

Flowood, MS 39232
City, State, and Zip Code

(601) 360-2300
Telephone Number

103650
State Bar Number

sarah.beth.wilson@phelps.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**