## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

**ROBERT WAYNE SIMS,**       **Case No.:**    **26-00138-JAW**

**DEBTOR.**      **Chapter:**    **7**

---

### *AMENDED* CERTIFICATE OF SERVICE (DKT. # 34)

---

I, Sarah Beth Wilson, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U.S. Mail, postage prepaid, a true and correct copies of the Motion for Comfort Order Granting Relief from Automatic Stay Concerning LLC Owned Condominium filed by Citizens Bank of Philadelphia (Dkt. # 34) to the parties below:

Robert Wayne Sims, *Debtor*
203 Winter Teal Ct
Madison, MS 39110

T.C. Rollins, *Attorney for Debtor*
tc@theollinsfirm.com

Stephen Smith, *Chapter 7 Trustee*
SSmith@hrkcap.com

Eileen Shaffer, *Attorney for Chapter 7 Trustee*
eshaffer@eshaffer-law.com

*U.S. Trustee*
USTPRegion05.JA.ECF@usdoj.gov
Abigail.M.Marbury@usdoj.gov

All parties on the creditor matrix were also served via Notice of Electronic Filing (NEF) through ECF system.

1

PD.61320834.1

2

Dated this the 2nd day of April, 2026.

**PHELPS DUNBAR LLP**

By:  */s/ Sarah Beth Wilson*
Sarah Beth Wilson (MSB 103650)
Andrew R. Norwood (MSB 105087)
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com

*Attorneys for The Citizens Bank of Philadelphia*

2