

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | |
|---|---|
| ROBERT WAYNE SIMS, | Case No.: 26-00138-JAW |
| DEBTOR. | Chapter: 7 |

### ORDER GRANTING CITIZENS BANK'S MOTION TO EXPEDITE HEARING ON MOTION FOR COMFORT ORDER ON AUTOMATIC STAY AS IT RELATES TO A CONDOMINIUM [DKT. #36]

This cause coming before the Court on Citizen Bank's Motion to Expedite the Expedited Motion for Comfort Order Granting Relief from Automatic Stay Concerning LLC Owned Condominium and Abandoning Any Interest of Estate (Dkt. #36, the "Motion to Expedite"). Being apprised of the circumstances, the Court finds that the motion is well-taken and is due to be granted. Accordingly, it is hereby

PD.61323207.1

**ORDERED, ADJUDGED,** and **DECREED** that the Motion to Expedite is hereby **GRANTED** and the Court will issue a notice of hearing.

##END OF ORDER##

Submitted By:

*/s/ Sarah Beth Wilson*
Sarah Beth Wilson (MSB 103650)
Andrew R. Norwood (MSB 105087)
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com

*Attorneys for The Citizens Bank of Philadelphia*

PD.61323207.1