**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **ROBERT WAYNE SIMS,**                              **CASE NO. 26-00138-JAW**

    **DEBTOR.**                                         **CHAPTER 7**

## NOTICE OF HEARING AND DEADLINES

The Citizens Bank of Philadelphia has filed an Expedited Motion for Comfort Order Granting Relief from Automatic Stay Concerning LLC Owned Condominium and Abandoning Any Interest of Estate (the "Motion") (Dkt # 34) with the Court in the above-styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") on April 14, 2026, at 3:00 PM in the in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion. The Hearing will be recorded electronically by the Court.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before **April 13, 2026, by noon** (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, and the debtor has filed a declaration in support of the motion, in accordance with Miss. Bankr. L.R. 4001−1(e)(1)(B) or 4001−1(f)(1)(A), the Court may grant the Motion without conducting a Hearing.

Date:  April 2, 2026

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U. S. Courthouse
501 E Court St Ste. 2.300
Jackson, MS 39201
601-608-4600

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693

**Parties Noticed:**

Robert Wayne Sims, Debtor

Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

Stephen Smith, Chapter 7 Trustee

Eileen N. Shaffer, Esq., Counsel for the Trustee

United States Trustee

Sarah Beth Wilson, Esq., Counsel for the Movant