United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                Case No. 26-00138-JAW

Robert Wayne Sims                                                    Chapter 7

  Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: hn007jaw | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID              Recipient Name and Address**
db                    +  Robert Wayne Sims, 203 Winter Teal Ct, Madison, MS 39110-9652

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:

**Name                            Email Address**

Andrew Roberts Norwood
                    on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com  shannon.king@phelps.com

Anna Claire Henderson
                    on behalf of Creditor PriorityOne Bank annaclaire@derekhendersonlaw.com

Anna Claire Henderson
                    on behalf of Creditor North Point Rx  LLC annaclaire@derekhendersonlaw.com

Derek A Henderson
                    on behalf of Creditor North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com

Eileen N. Shaffer
                    on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com

Kristina M. Johnson
                    on behalf of Creditor Jeffrey Thompson  Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

District/off: 0538-3                     User: mssbad                          Page 2 of 2
Date Rcvd: Apr 02, 2026                  Form ID: hn007jaw                      Total Noticed: 1

Sarah Beth Wilson
                    on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com
                    1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.d
                    ocketbird.com

Stephen Smith
                    trustee@hrkcpa.com  MS02@ecfcbis.com

Thomas Carl Rollins, Jr
                    on behalf of Debtor Robert Wayne Sims trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 10

Form hn007jaw (07/21)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Robert Wayne Sims**

        **DEBTOR.**

**CASE NO. 26–00138–JAW**

**CHAPTER 7**

### NOTICE OF HEARING

    A Reaffirmation Agreement (the"Reaffirmation Agreement") between the Debtor and PriorityOne Bank (Dkt. #31) was filed with the Court in the above–styled case.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on April 20, 2026, at 01:30 PM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Reaffirmation Agreement.

    Mandatory attendance of the debtor and debtor's attorney, if any, is required. Testimony will be taken, and witnesses should appear. The hearing will be electronically recorded by the Court.

    Dated: 4/2/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

Parties Noticed:

Robert Wayne Sims, Debtor

Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

Stephen Smith, Chapter 7 Trustee

Eileen N. Shaffer, Esq., Counsel for the Trustee

United States Trustee

Derek A. Henderson, Esq., Counsel for the Creditor

Anna Claire Henderson, Esq., Counsel for the Creditor