United States Bankruptcy Court

Southern District of Mississippi

In re:

Robert Wayne Sims

    Debtor

Case No. 26-00138-JAW

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Apr 02, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID**               **Recipient Name and Address**
db               + Robert Wayne Sims, 203 Winter Teal Ct, Madison, MS 39110-9652

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

**Name**               **Email Address**

Andrew Roberts Norwood

    on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com  shannon.king@phelps.com

Anna Claire Henderson

    on behalf of Creditor PriorityOne Bank annaclaire@derekhendersonlaw.com

Anna Claire Henderson

    on behalf of Creditor North Point Rx  LLC annaclaire@derekhendersonlaw.com

Derek A Henderson

    on behalf of Creditor North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com

Eileen N. Shaffer

    on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com

Kristina M. Johnson

    on behalf of Creditor Jeffrey Thompson  Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

District/off: 0538-3      User: mssbad      Page 2 of 2
Date Rcvd: Apr 02, 2026      Form ID: pdf012      Total Noticed: 1

Sarah Beth Wilson
> on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com
> 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

Stephen Smith
> trustee@hrkcpa.com  MS02@ecfcbis.com

Thomas Carl Rollins, Jr
> on behalf of Debtor Robert Wayne Sims trollins@therollinsfirm.com
> jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
> USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 10



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | |
|---|---|
| ROBERT WAYNE SIMS, | Case No.:   26-00138-JAW |
| DEBTOR. | Chapter:   7 |

### ORDER GRANTING CITIZENS BANK'S MOTION TO EXPEDITE HEARING ON MOTION FOR COMFORT ORDER ON AUTOMATIC STAY AS IT RELATES TO A CONDOMINIUM [DKT. #36]

This cause coming before the Court on Citizen Bank's Motion to Expedite the Expedited Motion for Comfort Order Granting Relief from Automatic Stay Concerning LLC Owned Condominium and Abandoning Any Interest of Estate (Dkt. #36, the "Motion to Expedite"). Being apprised of the circumstances, the Court finds that the motion is well-taken and is due to be granted. Accordingly, it is hereby

PD.61323207.1

ORDERED, ADJUDGED, and DECREED that the Motion to Expedite is hereby GRANTED and the Court will issue a notice of hearing.

##END OF ORDER##

<u>Submitted By:</u>

<u>/s/ Sarah Beth Wilson</u>
Sarah Beth Wilson (MSB 103650)
Andrew R. Norwood (MSB 105087)
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com

*Attorneys for The Citizens Bank of Philadelphia*

PD.61323207.1