**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                     CHAPTER 7

ROBERT WAYNE SIMS                                              CASE NO. 26-00138-JAW

**RESPONSE TO CITIZENS BANK'S EXPEDITED MOTION FOR**
**COMFORT ORDER GRANTING RELIEF FROM AUTOMATIC**
**STAY CONCERNING LLC OWNED CONDOMINIUM AND**
**ABANDONING ANY INTEREST OF THE STATE**

**COMES NOW**, Stephen Smith, Trustee ("Trustee") and files this his *Response to Citizen Bank's Expedited Motion for Comfort Order Granting Relief form Automatic Stay Concerning LLC Owned Condominium and Abandoning any interest of the State* ("Motion") [Dkt. #34], and would show unto the Court as follows, to-wit:

1.      That the Motion filed on behalf of Citizens Bank does not comply with Local Rule 4001-1(a)(1)(D) and cannot be considered by the Court at this time.

2.      The collateral that is the subject of the Motion is a condominium located at 365 East Beach Boulevard, Gulf Shores, Alabama ("Condo"). Upon information and belief, the following is a synopsis of the ownership and history of Citizens Bank's "claim" against said property:

•      September 10, 2020 - Sims and his wife Amye purchased the Condo for $600,000.00. This appears to have been a cash transaction as no deed of trust was recorded at the time the property was purchased.

•      May 19, 2021 - Sims and his wife transferred ownership of the Condo to S-7 Properties, LLC[1].

---

[1]S-7 Properties, LLC is a single member Alabama limited liability company. Sims is the single member.

• March 15, 2024 - Key Therapeutics, LLC[2] signed a Promissory Note[3] in favor of Citizens Bank for $2,531,824.25.

• March 20, 2024 - A Scrivener's Affidavit was prepared by Phelps Dunbar to cure the defect in the Warranty Deed transferring ownership from Sims and his wife to S-7 Properties, LLC. The Warranty Deed failed to state the marital status of the grantors.

• April 26, 2024 - Citizens Bank recorded a Future Advance Mortgage limited to $820,000.00 against the Condo. Citizens Bank was also granted an Assignment of Rents generated from the Condo.

S-7 Properties, LLC did not execute a guaranty on the indebtedness on behalf of Key Therapeutics, LLC, and there has been no showing that S-7 Properties, LLC received any consideration from Citizens Bank.

• June 6, 2025 - Key Therapeutics executed a Renewal Promissory Note in the amount of $2,500,000.00[4].

• July 11, 2025 - Citizens Bank recorded another Mortgage against the Condo. S-7 Properties, LLC did not guarantee the indebtedness on behalf of Key Therapeutics, LLC, and there has been no showing that S-7 Properties, LLC received any consideration from Citizens Bank.

3. That based on the Proofs of Claim filed in this bankruptcy proceeding, Sims and Key Therapeutics were facing a severe financial crisis beginning in 2023.

---

[2] Key Therapeutics, LLC filed a Chapter 7 on January 15, 2026, Case No. *26-00106-JAW*.

[3] The Promissory Note was not attached to Citizens Bank's Motion, but is attached to its Proof of Claim No. 2 at Page 10.

[4] Citizens Bank's Proof of Claim No. 2, Page 17.

4. On or about February, 2023, an Order was entered on behalf of North Point Rx, LLC ("North Point") awarding North Point substantial monies pursuant to an arbitration award. This arbitration award was entered as a final judgment in the United States District Court for the Southern District of Mississippi, Northern Division requiring Key Therapeutics, LLC to deposit $2,839,602.88 in a bank account.

5. Additionally, Key Therapeutics, LLC entered into an Order to purchase assets out of a Florida bankruptcy proceeding for approximately $4,000,000.00. This transaction resulted in Jeffrey Thompson, Liquidation Trustee for Legacy-Xspire Holdings, LLC filing a claim in this bankruptcy case in the amount of $1,225,327.07.

6. Upon information and belief, no consideration was given by Citizens Bank to S-7 Properties, LLC and it appears that the Condo may be subject to an avoidance action.

7. That as Citizens Bank continues to receive all rentals on said property, there is no basis for the automatic stay to be lifted at this time, nor for the property to be abandoned from the bankruptcy estate until further documentation is provided to the Trustee.

8. That the Trustee is in the process of filing a bankruptcy proceeding for S-7 Properties, LLC.

**WHEREFORE, PREMISES CONSIDERED,** Stephen Smith respectfully requests that Citizens Bank's Motion be denied, and for such other relief as is deemed just.

Respectfully submitted,

STEPHEN SMITH
CHAPTER 7 TRUSTEE

By: _____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, attorney for Stephen Smith, Trustee, do hereby certify that I have this date served via the Court's electronic noticing system, a true and correct copy of the above and forgoing Response to the following on the day and year hereinafter set forth:

Sarah Beth Wilson, Esq.
Andrew R. Norwod, Esq.
Phelps Dunbar, LLP
Attorneys for Citizens Bank of Philadelphia
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com

Derek A. Henderson, Esq.
Anna Claire Henderson, Esq.
Attorneys for North Point Rx, LLC
derek@derekhendersonlaw.com
annaclaire@derekhendersonlaw.com

Kristina M. Johnson, Esq.
Attorney for Jeffrey Thompson,
Liquidating Trustee for Legacy-
Xspire Holdings, LLC, Wraser,
LLC and Exspire Pharma, LLC
kjohnson@joneswalker.com

Thomas Carl Rollins, Jr., Esq.
Attorney for Debtor
trollins@therollinsfirm.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED**, this the _____ day of _____, 2026.


_____
EILEEN N. SHAFFER

4