## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                        CHAPTER 7

ROBERT WAYNE SIMS                                                      CASE NO. 26-00138-JAW

## APPLICATION OF TRUSTEE TO EMPLOY
## ATTORNEYS FOR SPECIAL PURPOSE

**COMES NOW**, Stephen Smith, Trustee in the above-styled and numbered proceeding, by and through his attorney, and petitions the Court for authority to retain and appoint *Craig M. Geno* and the *Law Offices of Craig M. Geno, PLLC* to represent the Trustee in this proceeding for a special purpose and in support thereof would respectfully show as follows, to-wit:

1.      That in order to facilitate his duties as a Trustee, it is necessary for the Trustee to employ special counsel to file a bankruptcy proceeding for S-7 Properties, LLC, an asset of this bankruptcy estate and all related matters thereto.

2.      That the Trustee desires to retain *Craig M. Geno*, who is duly licensed to practice law before the United States District Court for this District as his attorney; that said attorney is familiar with the areas of representation and is qualified to act in the capacity of attorney for the Trustee herein. Trustee proposes to compensate attorney at the rate of $500.00 per hour, plus reasonable expenses following application, notice and approval by this Court as required by the Bankruptcy Code and Rules.

3.      That said attorney has no interest adverse to the Trustee and that this employment would be in the best interest of this estate. Said attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matters on which attorney is to be employed. An Affidavit supporting this statement is attached hereto as **Exhibit "A"**.

**WHEREFORE, PREMISES CONSIDERED,** Stephen Smith, Trustee prays that he be

authorized to employ and appoint *Craig M. Geno* and the *Law Offices of Craig M. Geno, PLLC* as his legal counsel in the action set out herein above.

Respectfully submitted,

STEPHEN SMITH
CHAPTER 7 TRUSTEE

_____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph:    (601) 969-3006
eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Stephen Smith, Trustee, do hereby certify that I have caused to be mailed by United States Mail, postage prepaid, electronic mail or electronically transmitted via CM/ECF Noticing, a true and correct copy of the above and foregoing *Application of Trustee to Employ Attorney for Special Purpose* to the following, on the day and year hereinafter set forth:

> Craig M. Geno, Esq.
> 601 Renaissance Way, Suite A
> Ridgeland, MS 39157
> cmgeno@cmgenolaw.com
>
> Thomas Carl Rollins, Jr., Esq.
> Attorney for Debtor
> trollins@therollinsfirm.com
>
> United States Trustee
> USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED,** this the ____ day of _____, 2026.

_____
EILEEN N. SHAFFER