## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                    CHAPTER 7

ROBERT WAYNE SIMS                                          CASE NO. 26-00138-JAW

### AFFIDAVIT

1.      I am Craig M. Geno, Attorney at Law, duly licensed to practice in the State of Mississippi.

2.      I maintain an office located at 601 Renaissance Way, Suite A, Ridgeland, MS 39157; phone number of (601) 427-0048.

3.      To the best of my knowledge, I do not represent any interest adverse to the debtor or his Estate, except that I may, from time to time, have been engaged with various entities who may be creditors, parties in interest, or their attorneys or accountants, in regard to matters not connected with this case and not involving Applicant or their affairs, except as follows:

   • Stephen Smith is the CPA for my firm and is my personal CPA.

4.      I have no connection with the debtor, creditors, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

_____
CRAIG M. GENO

SWORN TO AND SUBSCRIBED BEFORE ME, this the __13th__ day of

__April_____, 2026.

_____
NOTARY PUBLIC

My Commission Expires:

ID# 120626
KATHRYN LAWSON CARTER
Commission Expires
June 21, 2029

### EXHIBIT "A"