

SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                          CHAPTER 7

ROBERT WAYNE SIMS                                          CASE NO. 26-00138-JAW

### ORDER APPROVING APPLICATION OF TRUSTEE TO
### EMPLOY ATTORNEY FOR SPECIAL PURPOSE

**THIS CAUSE** having come on for consideration of the Application to Employ the *Craig M. Geno* and the *Law Offices of Craig M. Geno, PLLC* as Special Counsel [Dkt. # 51 ] filed by Stephen Smith, Trustee, to file a bankruptcy proceeding for S-7 Properties, LLC, an asset of this bankruptcy estate, and all related matters. That the Trustee proposes to compensate said attorney at the rate of $500.00 per hour, plus reasonable expenses following application and approval by this Court as required by the Bankruptcy Code and Rules.

The Court, being fully advised in the premises, does hereby find as follows:

1.      That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS, THEREFORE, ORDERED** that the employment of *Craig M. Geno* and  the *Law Offices of Craig M. Geno, PLLC,* as special counsel for the trustee be and it is hereby approved.

**IT IS FURTHER ORDERED** that applicant shall be entitled to receive compensation only after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016 and any other applicable or related statutes and rules.

**IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of any previous orders allowing compensation and the amounts so allowed.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com