**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ROBERT<br>First Name | WAYNE<br>Middle Name | SIMS<br>Last Name |
| Debtor 2<br>(Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Mississippi

Case number 26-00138-JAW
(if known)

## Official Form 427

# Cover Sheet for Reaffirmation Agreement 12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

### Part 1: Explain the Repayment Terms of the Reaffirmation Agreement

**1. Who is the creditor?**

Priority One Bank
Name of the creditor

**2. How much is the debt?**

On the date that the bankruptcy case is filed $ 249,253.52

To be paid under the reaffirmation agreement $ 249,253.52

$2,365.91 per month for 149 months (if fixed interest rate)

**3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**

Before the bankruptcy case was filed 7.375 %

Under the reaffirmation agreement 7.375 % ☑ Fixed rate
☐ Adjustable rate

**4. Does collateral secure the debt?**

☐ No
☑ Yes. Describe the collateral. REAL ESTATE-203 Winter Teal Ct., Madison MS 39110

Current market value $ 300,000.00

**5. Does the creditor assert that the debt is nondischargeable?**

☑ No
☐ Yes. Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

**6. Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

Income and expenses reported on Schedules I and J

6a. Combined monthly income from line 12 of Schedule I $ 705.04

6b. Monthly expenses from line 22c of Schedule J — $ 6,030.00

6c. Monthly payments on all reaffirmed debts not listed on Schedule J — $ 0.00

6d. Scheduled net monthly income $ [5,324.96]
Subtract lines 6b and 6c from 6a.
If the total is less than 0, put the number in brackets.

Income and expenses stated on the reaffirmation agreement

6e. Monthly income from all sources after payroll deductions $ 5,000.00

6f. Monthly expenses — $ 4,900.00

6g. Monthly payments on all reaffirmed debts not included in monthly expenses — $ 0.00

6h. Present net monthly income $ 100.00
Subtract lines 6f and 6g from 6e.
If the total is less than 0, put the number in brackets.

Official Form 427 Cover Sheet for Reaffirmation Agreement page 1

Doc ID: 3bd6b2f141cbdac8deb5fdd77f8fa5d5c85b0cdc

Debtor 1 _____ Case number (if known) 26-00138-JAW _____
          First Name    Middle Name    Last Name

7. Are the income amounts on lines 6a and 6e different?
   ☐ No
   ☒ Yes. Explain why they are different and complete line 10. Debtor will start new employment on 4/20/2026 with an income of $60,000 yearly.

8. Are the expense amounts on lines 6b and 6f different?
   ☐ No
   ☒ Yes. Explain why they are different and complete line 10. Reducing of expenses listed for food, dry cleaning, housekeeping supplies, and entertainment.

9. Is the net monthly income in line 6h less than 0?
   ☒ No
   ☐ Yes. A presumption of hardship arises (unless the creditor is a credit union). Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10.

10. Debtor's certification about lines 7-9

    If any answer on lines 7-9 is Yes, the debtor must sign here.

    If all the answers on lines 7-9 are No, go to line 11.

    I certify that each explanation on lines 7-9 is true and correct.

    ✗ _____        ✗ _____
      Signature of Debtor 1            Signature of Debtor 2 (Spouse Only in a Joint Case)

11. Did an attorney represent the debtor in negotiating the reaffirmation agreement?
    ☐ No
    ☒ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?
       ☐ No
       ☐ Yes

## Part 2: Sign Here

Whoever fills out this form must sign here.

I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this *Cover Sheet for Reaffirmation Agreement*.

✗ _Ana Claire Henderson_        Date _4/14/2026_
   Signature                          MM / DD / YYYY

_Anna Claire Henderson_
Printed Name

Check one:
☐ Debtor or Debtor's Attorney
☒ Creditor or Creditor's Attorney

Official Form 427                    Cover Sheet for Reaffirmation Agreement                    page 2

Doc ID: 3bd6b2f141cbdac8deb5fdd77f8fa5d5c85b0cdc