

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**ROBERT WAYNE SIMS,**                                    **CASE NO. 26-00138-JAW**

**DEBTOR.**                                              **CHAPTER 7**

## ORDER RESETTING HEARING

This matter came on this date on the Expedited Motion for Comfort Order Granting Relief from Automatic Stay Concerning LLC Owned Condominium and Abandoning Any Interest of Estate filed by Citizens Bank of Philadelphia (the "Motion") (Dkt. #34) and the Trustee's Response (the "Response") (Dkt. #50). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on April 14, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for April 28, 2026, at 1:00 PM in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693