MSSB-436-1 (04/24)

# United States Bankruptcy Court
## Southern District of Mississippi

### Audio Recording Order

#### Section A

| | | |
|---|---|---|
| Requestor's Name: Sarah Beth Wilson | Email Address: sarah.beth.wilson@phelps.com | Phone No.: 6013522300 |

| | | | |
|---|---|---|---|
| Address: Phelps Dunbar 1905 Community Bank Way, Suite 200 | City: Flowood | State: MS | Zip Code: 39232 |

Case Type: ✔ Bankruptcy Case ☐ Adversary Proceeding

**Date of Proceedings**

Case Number: 26-00138-JAW

| From: | To: |
|---|---|
| 4/14/2026 | 4/14/2026 |

Case Name: In Re: Robert Wayne Sims

| Presiding Judge | Location of Proceedings |
|---|---|
| Judge Wilson ▾ | Jackson ▾ |

Nature of Proceeding [Include Dkt. No.(s)]
Evidentiary Hearing (#42, #34, #36, #38)

**Time** (Approximate Time Hearing Begun)
3:00 pm

Comments

#### Section B

| Cost | Media Type | Digital Media Option |
|---|---|---|
| $34.00 | ☐ | USB Flash Drive |
| $34.00 | ✔ | Electronic File delivered via email to: page.bridges@phelps.com |

**By signing below, I certify I will pay all incurred charges.**

| | |
|---|---|
| Request Prepared By: Page Bridges | Phone Number: 6013609315 |
| Signature: | Date: 04/15/2026 |

#### Court Use Only

Fee $_____

Paid on _____ Receipt # _____

Audio reproduced on _____ by _____.

Audio delivered to: _____ on _____.

Additional Comments/Notes