United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                      Case No. 26-00138-JAW

Robert Wayne Sims                                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Apr 14, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID**           **Recipient Name and Address**
db             + Robert Wayne Sims, 203 Winter Teal Ct, Madison, MS 39110-9652

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                   Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:

**Name**            **Email Address**

Andrew Roberts Norwood
       on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com  shannon.king@phelps.com

Anna Claire Henderson
       on behalf of Creditor PriorityOne Bank annaclaire@derekhendersonlaw.com

Anna Claire Henderson
       on behalf of Creditor North Point Rx  LLC annaclaire@derekhendersonlaw.com

Craig M. Geno
       cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Derek A Henderson
       on behalf of Creditor North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com

Eileen N. Shaffer
       on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com

District/off: 0538-3                 User: mssbad                          Page 2 of 2

Date Rcvd: Apr 14, 2026              Form ID: pdf012                     Total Noticed: 1

Kristina M. Johnson

on behalf of Creditor Jeffrey Thompson  Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

Sarah Beth Wilson

on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

Stephen Smith

trustee@hrkcpa.com  MS02@ecfcbis.com

Thomas Carl Rollins, Jr

on behalf of Debtor Robert Wayne Sims trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **ROBERT WAYNE SIMS,**                    **CASE NO. 26-00138-JAW**

    **DEBTOR.**                                    **CHAPTER 7**

### NOTICE OF HEARING AND DEADLINES

The Trustee, Stephen Smith, has filed an Application of Trustee to Employ Attorneys for Special Purpose (the "Application") (Dkt # 51) and the Order Approving Application (the "Order") (Dkt. #52) with the Court in the above-styled case.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case.  (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") on April 20, 2026, at 11:00 AM in the in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion and Order.  The Hearing will be recorded electronically by the Court.

If you want the Court to consider your views on the Application or Order, you or your attorney must file a written response explaining your position so that the Court receives it on or before April 17, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Application and Order.

Date:  April 14, 2026

                                                  Danny L. Miller, Clerk of Court
                                                  U.S. Bankruptcy Court
                                                  Thad Cochran U. S. Courthouse

Courtroom Deputy                                501 E Court St Ste. 2.300
601-608-4642 (use to advise of settlement)     Jackson, MS 39201
601-608-4693                                601-608-4600

**<u>Parties Noticed:</u>**

Robert Wayne Sims, Debtor

Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

Stephen Smith, Trustee

Eileen N. Shaffer, Esq., Counsel for the Trustee

Craig Geno, Esq.

Sarah Beth Wilson, Esq.