**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                    BANKRUPTCY PROCEEDING

ROBERT WAYNE SIMS                                         CASE NUMBER: 26-00138 JAW

---

**NORTH POINT RX, LLC'S RESPONSE TO APPLICATION OF TRUSTEE TO**
**EMPLOY ATTORNEYS FOR SPECIAL PURPOSE (Docket No. 51)**
**AND ORDER (Docket No. 52)**

---

COMES NOW, North Point Rx, LLC ("North Point"), by and through its counsel, and files this Response to Application of Trustee to Employ Attorneys for Special Purpose (Docket No. 51) and Order (Docket No. 52), and in support thereof responds as follows:

1.

North Point is a creditor asserting a claim in the amount of $5,649,641.86.

2.

North Point supports the employment of special Counsel by the Chapter 7 Trustee. There are numerous transactions that the Trustee is obligated to review including, but not limited to transfers involving S-7 Properties, LLC. The Trustee's decision to hire special counsel is reasonable and prudent in order for the Trustee to fulfill his duties and obligations to creditors and the estate.

3.

To the best of North Point's information and knowledge, Craig M. Geno has no conflict of interest to serve as special counsel.

4.

North Point, as a significant creditor, supports the Application of Employment and Order.

WHEREFORE, North Point Rx, LLC requests the Court to find that its Response is well taken and should be sustained.

Respectfully submitted,

NORTH POINT RX, LLC

BY:   s / Derek A. Henderson
   DEREK A. HENDERSON
   ATTORNEY FOR NORTH POINT RX, LLC

**Derek A. Henderson, MSB #2260**
**Anna Claire Henderson, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**
**annaclaire@derekhendersonlaw.com**

**CERTIFICATE OF SERVICE**

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail and/or ECF Notification Service, which provides electronic notice to all parties of record, a true and correct copy of the above and foregoing Response to Application of Trustee to Employ Attorneys for Special Purpose (Docket No. 51) and Order (Docket No. 52).

This the 17th day of April, 2026.

s / Derek A. Henderson
DEREK A. HENDERSON
