## AFFIDAVIT AND CERTIFICATION

The undersigned, **Robert W. Sims** ("Affiant"), being first duly sworn, on oath, represents, warrants, certifies, confirms, deposes, and sates as follows:

1.      Affiant is of legal age and has personal knowledge of the facts stated herein.

2.      **S-7 PROPERTIES, LLC** (the "Company") is a limited liability company duly formed and validly existing in good standing under the laws of the State of Alabama.

3.      Affiant is the sole Managing Member of the Company.

4.      As the sole Managing Member of the Company, Affiant has the full and exclusive right and authority to execute any and all instruments, agreements, consents, resolutions, affidavits, certificates, and other documents, and take any and all other actions, on behalf of the Company.

5.      Affiant agrees to indemnify, defend, and hold harmless The Citizens Bank of Philadelphia and Phelps Dunbar, L.L.P., and each and all of their respective agents, attorneys, employees, and other representatives for, from, and against any and all claims, losses, liabilities, damages, costs, and expenses (including attorneys' fees) arising from or related to, directly or indirectly, any inaccuracy or misrepresentation made by Affiant herein.

IN WITNESS WHEREOF, Affiant has executed this Affidavit and Certification on ___July 3___, 2025.

AFFIANT:

_____
Robert W. Sims

PD.49680117.1