# APPRAISAL OF REAL PROPERTY

## LOCATED AT

365 E Beach Blvd
Gulf Shores, AL 36542
Unit 804 San Carlos Condo

## FOR

The Citizens Bank of Philadelphia
520 Center Avenue
Philadelphia, MS 39350

## AS OF

04/03/2026

## BY

John Keith Knight
Knight Appraisal Service, LLC
PO Box 3834
Gulf Shores, AL 36547

www.knightappraisalservicellc.com

Serial# 80A423EF
esign.alamode.com/verify

| Borrower | Key Therapeutics, LLC | | | | File No. | 13372 | |
|---|---|---|---|---|---|---|---|
| Property Address | 365 E Beach Blvd | | | | | | |
| City | Gulf Shores | County | Baldwin | State | AL | Zip Code | 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | | | | |

## TABLE OF CONTENTS



Cover Page ........................................................................................................................................................ 1
USPAP Identification ....................................................................................................................................... 2
Condo ............................................................................................................................................................... 3
General Text Addendum ................................................................................................................................. 9
Subject Photos ................................................................................................................................................ 10
Subject Photos ................................................................................................................................................ 11
Photograph Addendum ................................................................................................................................... 12
Photograph Addendum ................................................................................................................................... 13
Photograph Addendum ................................................................................................................................... 14
Comparable Photos 1-3 .................................................................................................................................. 15
Location Map ................................................................................................................................................... 16
Plat Map .......................................................................................................................................................... 17
Aerial Map ....................................................................................................................................................... 18
Zoning Map ..................................................................................................................................................... 19
Flood Map ....................................................................................................................................................... 20
Building Sketch ............................................................................................................................................... 21
Baldwin County Property Description ............................................................................................................ 22
Deed - Page 1 ................................................................................................................................................. 23
Deed - Page 2 ................................................................................................................................................. 24
Deed - Page 3 ................................................................................................................................................. 25
Deed - Page 4 ................................................................................................................................................. 26
FIRREA Addendum .......................................................................................................................................... 27
Multi-purpose Supplemental Addendum ....................................................................................................... 28
Market Conditions Addendum to the Appraisal Report ............................................................................... 30
UAD Definitions Addendum ........................................................................................................................... 31
Appraiser Independence Certification ............................................................................................................ 34
Additional Appraiser's Certification ............................................................................................................... 35
Additional Comments Addendum ................................................................................................................... 36
Engagement Letter ......................................................................................................................................... 37
E & O Insurance - Page 1 .............................................................................................................................. 38
E & O Insurance - Page 2 .............................................................................................................................. 39
E & O Insurance - Page 3 .............................................................................................................................. 40
E & O Insurance - Page 4 .............................................................................................................................. 41
License ............................................................................................................................................................. 42

Serial# 80A423EF
esign.alamode.com/verify

| Borrower | Key Therapeutics, LLC | | | File No. | 13372 |
|---|---|---|---|---|---|
| Property Address | 365 E Beach Blvd | | | | |
| City | Gulf Shores | County | Baldwin | State AL | Zip Code 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

[X] Appraisal Report        (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

[ ] Restricted Appraisal Report        (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use only by the specified client and any other named intended user(s).)

## Comments on Standards Rule 2–3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time        (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:        Three to six months

Exposure time is deemed to expire as of the effective date of the appraisal - it examines the length of time leading up to the date of valuation, linking the value estimate to how long the property would have required exposure in order to sell at the estimated market value. Reasonable Exposure Time is estimated as three to six months.

## Comments on Appraisal and Report Identification

Note any USPAP-related issues requiring disclosure and any state mandated requirements:

This report is solely for the use of the client, The Citizens Bank of Philadelphia. Any party obtaining a copy of this report as a result of disclosure does not become the Intended User of this report. The Intended User of this report is the Client named in this report.

This is an Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2 (a) of the Uniform Standards of Professional Appraisal Practice for an Appraisal Report. It presents only summary discussions of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation that is not provided with the report concerning the data, reasoning, and analyses is retained in the appraiser's file. The depth of the discussion contained in this report is specific to the needs of the client and for the intended use stated in the report. The appraiser is not responsible for unauthorized use of this report.

This assignment was made subject to the State of Alabama Real Estate Appraisers Board. The undersigned state certified appraiser has met the requirements of the Board that allow this report to be regarded as a "Certified Appraisal"

🔒 esign.alamode.com/verify        Serial:80A423EF

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: *J. Keith Knight* | Signature: |
| Name: John Keith Knight | Name: |
| Certified Residential Appraiser | |
| State Certification #: ▮▮▮▮ | State Certification #: |
| or State License #: | or State License #: |
| State: AL        Expiration Date of Certification or License: ▮▮▮▮ | State:        Expiration Date of Certification or License: |
| Date of Signature and Report: 04/15/2026 | Date of Signature: |
| Effective Date of Appraisal: 04/03/2026 | |
| Inspection of Subject: [ ] None  [X] Interior and Exterior  [ ] Exterior-Only | Inspection of Subject: [ ] None  [ ] Interior and Exterior  [ ] Exterior-Only |
| Date of Inspection (if applicable): 04/03/2026 | Date of Inspection (if applicable): *J. Keith Knight* |

Knight Appraisal (251) 967-1408

# Individual Condominium Unit Appraisal Report

2604KAS-3076
File # 13372

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | |
|---|---|---|
| Property Address | 365 E Beach Blvd | Unit # 804 City Gulf Shores State AL Zip Code 36542 |
| Borrower | Key Therapeutics, LLC | Owner of Public Record S-7 Properties LLC County Baldwin |

Legal Description  Unit 804 San Carlos Condo

Assessor's Parcel #  66-05-21-2-000-161.000.946  Tax Year 2025  R.E. Taxes $ 5,432

Project Name  San Carlos Condo  Phase # 1  Map Reference 19300  Census Tract 0114.18

Occupant ☐ Owner ☒ Tenant ☐ Vacant  Special Assessments $ 0  HOA $ 923 ☐ per year ☒ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) To determine the current market value

Lender/Client  The Citizens Bank of Philadelphia  Address 520 Center Avenue, Philadelphia, MS 39350

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).  According to the Baldwin County MLS, the subject unit is not currently offered for sale and has not been offered for sale in the prior twelve months.

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | Condominium Unit Housing Trends | Condominium Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE AGE | One-Unit 30 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) (yrs) | 2-4 Unit 10 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 500 Low 10 | Multi-Family 25 % |
| | | 990 High 30 | Commercial 15 % |
| | | 760 Pred. 18 | Other 20 % |

Neighborhood Boundaries  Orange Beach to the east, Highway 180 to the north, the Gulf of Mexico to the south, Laguna Key to the west, and properties located along Beach Boulevard.

Neighborhood Description  The subject project is located in an established neighborhood along Beach Blvd in the southern portion of Gulf Shores, Alabama. The neighborhood consists of single family homes and condominiums, to large custom waterfront homes, and beach front penthouses. The subject project is located on Beach Blvd and along the Gulf of Mexico.

Market Conditions (including support for the above conclusions)  Demand for homes in the subject property's market area is considered to be average when properties are fairly priced and in reasonably good condition. Foreclosures are minimal compared to previous years. Recent MLS data indicates that the subject real estate market has seen rising home prices during the past few years. Market prices are considered stable.

## PROJECT SITE

Topography Fairly level  Size 2.9 Acre  Density 49 Units/Acre  View B;Wtr;Gulf

Specific Zoning Classification BT-4  Zoning Description Tourist Business (High Density)

Zoning Compliance ☒ Legal ☐ Legal Nonconforming - Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe  The highest and best use is the subject's current use.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☐ | None | Sanitary Sewer | ☒ | | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☒ Yes ☐ No  FEMA Flood Zone AE  FEMA Map # 01003C1081M  FEMA Map Date 04/19/2019

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe

A survey was not supplied to the appraiser. A visual inspection did not reveal any encroachments, adverse easements, or adverse environmental conditions. Typical utility easements and building setbacks were noted. A Flood Certification is recommended to determine the exact flood zone designation. The south portion of the project site borders the Gulf of Mexico.

## PROJECT INFORMATION

Data source(s) for project information  Inspection, Baldwin County MLS, Baldwin County Records, Association Management

Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description | General Description | Subject Phase | If Project Completed | If Project Incomplete |
|---|---|---|---|---|
| # of Stories 19 | Exterior Walls Concrete | # of Units 142 | # of Phases 1 | # of Planned Phases |
| # of Elevators 3 | Roof Surface Comp | # of Units Completed 142 | # of Units 142 | # of Planned Units |
| ☒ Existing ☐ Proposed | Total # Parking 284 | # of Units For Sale 1 | # of Units for Sale 1 | # of Units for Sale |
| ☐ Under Construction | Ratio (spaces/units) 2 | # of Units Sold 142 | # of Units Sold 142 | # of Units Sold |
| Year Built 2006 | Type Cov/Lot | # of Units Rented Unk | # of Units Rented Unk | # of Units Rented |
| Effective Age 15 | Guest Parking 28 | # of Owner Occupied Units Unk | # of Owner Occupied Units Unk | # of Owner Occupied Units |

Project Primary Occupancy ☐ Principal Residence ☒ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group - ☒ Homeowners' Association ☐ Developer ☐ Management Agent - Provide name of management company. San Carlos COA 251 324-9660

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☐ Yes ☒ No  If Yes, Describe

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No  If Yes, describe the original use and date of conversion. The subject is not located in a condotel.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☒ Yes ☐ No  If No, describe

Is there any commercial space in the project? ☐ Yes ☒ No  If Yes, describe and indicate the overall percentage of the commercial space.

Serial# 80A423EF
esign.alamode.com/verify

Form 1073UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

2604KAS-3076
File # 13372

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction. The subject project is in average to good condition, and the quality of construction is average. The project consists of 142 residential units, 19 floors with 2 levels of parking.

Describe the common elements and recreational facilities. Outdoor pool, fitness room, meeting room, grilling area, covered entry, beach.

Are any common elements leased to or by the Homeowners' Association? ☐ Yes ☒ No   If Yes, describe the rental terms and options.

Is the project subject to a ground rent? ☐ Yes ☒ No   If Yes, $ _____ per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type? ☒ Yes ☐ No   If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I ☐ did ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed. No known current or pending litigation against the subject's COA. The condominium association dues appear to be typical and adequate for this type of project; however, the appraiser is not an expert in the analysis of condominium project budgets. The condominium documents have not been viewed in their entirety. A condo questionnaire was supplied for this assignment.

Are there any other fees (other than regular HOA charges) for the use of the project facilities? ☐ Yes ☒ No   If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears ☐ High ☒ Average ☐ Low   If High or Low, describe

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser? ☐ Yes ☒ No   If Yes, describe and explain the effect on value and marketability.

Unit Charge $ 923 per month X 12 = $ 11,076.00 per year   Annual assessment charge per year per square feet of gross living area = $ 7.81

Utilities included in the unit monthly assessment ☐ None ☐ Heat ☐ Air Conditioning ☐ Electricity ☐ Gas ☒ Water ☒ Sewer ☒ Cable ☒ Other (describe) Trash Service

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | Appliances | Car Storage |
|---|---|---|---|---|---|
| Floor # 8th Floor | Floors | Vinyl Laminate-Avg | ☐ Fireplace(s) # 0 | ☒ Refrigerator Avg | ☐ None |
| # of Levels 1 | Walls | Drywall-Average | ☐ WoodStove(s) # 0 | ☒ Range/Oven Avg | ☐ Garage ☒ Covered ☒ Open |
| Heating Type FA  Fuel Elect | Trim/Finish | Wood Crown-Avg | Deck/Patio None | ☒ Disp ☒ Microwave | # of Cars 2 |
| ☒ Central AC ☐ Individual AC | Bath Wainscot | Tile-Avg | ☒ Porch/Balcony Cov | ☒ Dishwasher Avg | ☒ Assigned ☐ Owned |
| ☐ Other (describe) | Doors | 6 panel Wood-Avg | ☐ Other None | ☒ Washer/Dryer Avg | Parking Space # 804 |

Finished area **above** grade contains: 5 Rooms  3 Bedrooms  3.0 Bath(s)  1,419 Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered? ☒ Yes ☐ No   If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.). Insulated windows and doors, ceiling fans, crown molding, wet bar, granite countertops, large covered balcony.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;Kitchen-updated-six to ten years ago;Bathrooms-updated-six to ten years ago;The subject is constructed of average quality building materials and is in average to good condition-normal physical depreciation was noted. The subject's improvements are typical and conform well to the area. The appliances and systems appeared (and are assumed) to be in operational order. All utilities were on and in working order at the time of inspection. No measurable evidence of functional obsolescence or external depreciation was noted.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No   If Yes, describe
The appraiser noted no items that would adversely affect the livability, soundness, or the structural integrity of the subject property.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No   If No, describe
The subject unit appears to conform well to the surrounding area.

**PRIOR SALE HISTORY**

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) Baldwin County Real Estate Activity Reporting by Metro Market Trends (MMT)

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) Baldwin County Real Estate Activity Reporting by Metro Market Trends (MMT)

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Metro Market Trends | Metro Market Trends | Metro Market Trends | Metro Market Trends |
| Effective Date of Data Source(s) | 04/01/2026 | 04/01/2026 | 04/01/2026 | 04/01/2026 |

Analysis of prior sale or transfer history of the subject property and comparable sales. In accordance with USPAP Standards 1-5(b), the appraiser has researched probate records of Baldwin County, examined the Multiple Listing Service (MLS), and Metro Market Trends (MMT) to determine sales activity, if any, of the subject property (3 year history) and the comparables (1 year history).

Serial# 80A423EF
esign.alamode.com/verify

## Individual Condominium Unit Appraisal Report

2604KAS-3076
File # 13372

| There are | 16 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 660,000 to $ 990,000 . |
| There are | 16 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 669,000 to $ 985,000 . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 365 E Beach Blvd 804, Gulf Shores, AL 36542 | 365 E Beach Blvd 706, Gulf Shores, AL 36542 | | 365 E Beach Blvd 906, Gulf Shores, AL 36542 | | 365 E Beach Blvd 606, Gulf Shores, AL 36542 | |
| Project Name and Phase | San Carlos Condo 1 | San Carlos Condominium 1 | | San Carlos Condominium 1 | | San Carlos Condominium 1 | |
| Proximity to Subject | | 0.00 miles | | 0.00 miles | | 0.00 miles | |
| Sale Price | $ | | $ 775,000 | | $ 775,000 | | $ 769,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 546.16 sq. ft. | | $ 546.16 sq. ft. | | $ 541.93 sq. ft. | |
| Data Source(s) | | BCMLS# 370108C;DOM 337 | | BCMLS# 373058C;DOM 284 | | BCMLS #388527C;DOM 43 | |
| Verification Source(s) | | Baldwin Co. records//M.M.T. | | Baldwin Co. records//M.M.T. | | Baldwin Co. records//M.M.T. | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Cash;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s10/25;c10/25 | | s12/25;c11/25 | | s02/26;c01/26 | |
| Location | B;WtrFr; | B;WtrFr; | | B;WtrFr; | | B;WtrFr; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 923 | 923 | | 923 | | 923 | |
| Common Elements and Rec. Facilities | Pool Beach | Pool Beach | | Pool Beach | | Pool Beach | |
| Floor Location | 8th Floor | 7th Floor | 0 | 9th Floor | 0 | 6th Floor | 0 |
| View | B;Wtr;Gulf | B;Wtr;Gulf | | B;Wtr;Gulf | | B;Wtr;Gulf | |
| Design (Style) | HR1L;Condo | HR1L;Condo | | HR1L;Condo | | HR1L;Condo | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 20 | 20 | | 20 | | 20 | |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade Room Count | Total 5 / Bdrms. 3 / Baths 3.0 | Total 5 / Bdrms. 3 / Baths 3.0 | | Total 5 / Bdrms. 3 / Baths 3.0 | | Total 5 / Bdrms. 3 / Baths 3.0 | |
| Gross Living Area | 1,419 sq. ft. | 1,419 sq. ft. | | 1,419 sq. ft. | | 1,419 sq. ft. | |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FA Central | FA Central | | FA Central | | FA Central | |
| Energy Efficient Items | Ins W&D;C.F's | Ins W&D;C.F's | | Ins W&D;C.F's | | Ins W&D;C.F's | |
| Garage/Carport | 1cv1op | 1cv1op | | 1cv1op | | 1cv1op | |
| Porch/Patio/Deck | Cov Balcony | Cov Balcony | | Cov Balcony | | Cov Balcony | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☐ - | $ 0 | ☐ + ☐ - | $ 0 | ☐ + ☐ - | $ 0 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.0 % Gross Adj. 0.0 % | $ 775,000 | Net Adj. 0.0 % Gross Adj. 0.0 % | $ 775,000 | Net Adj. 0.0 % Gross Adj. 0.0 % | $ 769,000 |

*SALES COMPARISON APPROACH*

Summary of Sales Comparison Approach    The subject and the comparables are three bedroom three bathroom units located in same project with similar floor plans.  The three comparables utilized in this report were the most recent sales in the project.and are good indicators to the estimated market value of the subject unit. The sales above indicate a value range from $769,000 to $775,000. The subject unit will fall within the indicated range at an estimated $770,000. The best available comparables were utilized to indicate the estimated market value for the subject unit.

Indicated Value by Sales Comparison Approach $    770,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM) _____

Indicated Value by: Sales Comparison Approach $    770,000    Income Approach (if developed) $ _____

Although all applicable approaches were considered, the most consideration has been given to the Sales Comparison Approach, as it tends to best measure the interactions of buyers and sellers within the market. The Sales Comparison Approach involves comparison of the property with similar items, which have sold within the retail market that the appraiser considers most common for the subject property. This approach makes use of data obtained from that market considered reliable, opinions of other experts, or personal observations. The Income Approach was not applicable for this assignment.

The other for 20% of land use in the neighborhood section will include all other properties not listed including golf courses, state and federal owned land, cemeteries, city parks, etc.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 770,000 , as of 04/03/2026 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465 March 2005          UAD Version 9/2011          Page 3 of 6          Fannie Mae Form 1073 March 2005

Serial# 80A423EF
esign.alamode.com/verify

Form 1073UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Individual Condominium Unit Appraisal Report**

2604KAS-3076
File # 13372

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:     The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:     The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:     The intended user of this appraisal report is the lender/client.

MARKET VALUE:     The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:     The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Serial# 80A423EF
esign.alamode.com/verify

Form 1073UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Individual Condominium Unit Appraisal Report**

2604KAS-3076
File #   13372

APPRAISER'S CERTIFICATION:        The  Appraiser  certifies  and  agrees  that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Serial# 80A423EF
esign.alamode.com/verify

Form 1073UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Individual Condominium Unit Appraisal Report**

2604KAS-3076

File # 13372

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:          The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

esign.alamode.com/verify          Serial:80A423EF

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   John Keith Knight | Name |
| Company Name   Knight Appraisal Service, LLC | Company Name |
| Company Address   PO Box 3834 | Company Address |
| Gulf Shores, AL 36547 | |
| Telephone Number   ▮▮▮▮▮▮ | Telephone Number |
| Email Address   ▮▮▮▮▮▮ | Email Address |
| Date of Signature and Report   04/15/2026 | Date of Signature |
| Effective Date of Appraisal   04/03/2026 | State Certification # |
| State Certification #   ▮▮▮▮ | or State License # |
| or State License # | State |
| or Other (describe)          State # | Expiration Date of Certification or License |
| State   AL | |
| Expiration Date of Certification or License   09/30/2027 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

365 E Beach Blvd

804, Gulf Shores, AL 36542

APPRAISED VALUE OF SUBJECT PROPERTY $          770,000

LENDER/CLIENT

Name   No AMC

Company Name   The Citizens Bank of Philadelphia

Company Address   520 Center Avenue, Philadelphia, MS 39350

Email Address   ▮▮▮▮▮▮

SUBJECT PROPERTY

☐ Did not inspect subject property

☐ Did inspect exterior of subject property from street
   Date of Inspection

☐ Did inspect interior and exterior of subject property
   Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street

☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Serial# 80A423EF
esign.alamode.com/verify

Form 1073UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Supplemental Addendum

File No. 13372

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Key Therapeutics, LLC | | | | | | |
| Property Address | 365 E Beach Blvd | | | | | | |
| City | Gulf Shores | County | Baldwin | State | AL | Zip Code | 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | | | | |

**• Condo: Neighborhood - Description**

The subject project is located in an established neighborhood along Beach Blvd. There are no apparent adverse factors in the area that should affect the subject's marketability. The immediate area appears well maintained - consisting mostly of single-family housing, condominiums, and duplexes with a small number of commercial properties along the major traffic arteries. The improvements conform well to the other surrounding homes. Schools, community shopping, employment centers, medical facilities, and many recreational opportunities are within reasonable distances.

**• Condo: Neighborhood - Market Conditions**

Demand for homes in the subject property's market area is considered to be average when properties are fairly priced and in reasonably good condition. Recent MLS data indicates that the subject real estate market has seen rising home prices during the past year. This trend is expected to continue but at a slower rate. These factors, along with reduced marketing times, low inventories, increased construction activity, and the declining rate of distressed sales are indicative of an stable market.

**• Condo: Project Site - Adverse Conditions or External Factors**

A current survey was not supplied to the appraiser for this assignment. A visual inspection did not reveal any encroachments, adverse easements, or adverse environmental conditions. The estimated value given is based upon the assumption that no adverse conditions affect the subject property. Typical utility easements and building setbacks were noted.The project site appears to provide adequate drainage; however, a Flood Certification is recommended to determine the exact flood zone designation.

I am geographically competent, have appropriate and reliable data sources, and have experience with the property type. I will fully comply with USPAP, requirements as documented in the Client Specific Instructions, and all appraisal regulations. I understand that all information provided to me in connection with an order is confidential and proprietary to the client and agree not to use or disclose client information, except for the purpose for which it is provided.

This appraisal is made on the basis of a hypothetical condition that the property rights being appraised are without resale and other restrictions that are terminated automatically upon the latter of foreclosure or the expiration of any applicable redemption period, or upon recordation of a deed-in-lieu of foreclosure.

Exposure time is a "retrospective" opinion, looking back (from the effective date) to the beginning of the "hypothetical" process of selling the asset, so that the sale would have been consummated on the "effective date" of appraisal.

The Intended Use is to evaluate the property that is the subject of this appraisal report for a finance transition, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of the appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

**Highest and Best Use**

The four tests used in the analysis of highest and best use of a property are (1) legally possible, (2) physically possible, (3) financially feasible and (4) maximum profitability. The subject's present zoning classification is Zoned BT-4 Tourist Business which is consistent with the current use and surrounding land uses. The subject's site is typical in size, shape, and topography for residential dwellings. Therefore, the highest and best use, both vacant and improved, is the current use.

My employment and/or compensation for performing this appraisal, any future or anticipated appraisals or consulting assignments is not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

The appraiser certifies and agrees that this appraisal was prepared in accordance with the requirements of Title XI of the Financial Institutions, Reform, Recovery, and Enforcement Act (FIRREA) of 1989, as amended (12 U.S.C. 3331 et seq.), and any applicable implementing regulations in effect at the time the appraiser signs the appraisal certification.

The subject improvements have been measured by utilizing the Square Footage-Method of the American National Standards Institute (ANSI) Z765-2021.



Serial# 80A423EF
esign.alamode.com/verify

## Subject Photo Page

| Borrower | Key Therapeutics, LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 365 E Beach Blvd | | | | | |
| City | Gulf Shores | County | Baldwin | State | AL | Zip Code 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | | | |



### Subject Front

365 E Beach Blvd
Sales Price
Gross Living Area       1,419
Total Rooms             5
Total Bedrooms          3
Total Bathrooms         3.0
Location                B;WtrFr;
View                    B;Wtr;Gulf
Site                    142 Units
Quality                 Q3
Age                     20



### Subject Rear



### Subject Street

West View



Serial# 80A423EF
esign.alamode.com/verify

## Subject Photo Page

| Borrower | Key Therapeutics, LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 365 E Beach Blvd | | | | | |
| City | Gulf Shores | County | Baldwin | State | AL | Zip Code 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | | | |



**Subject**

365 E Beach Blvd



**Subject Rear**



**Subject Street**

East View



Serial# 80A423EF
esign.alamode.com/verify

# Photograph Addendum

| | | |
|---|---|---|
| Borrower | Key Therapeutics, LLC | |
| Property Address | 365 E Beach Blvd | |
| City | Gulf Shores | County Baldwin   State AL   Zip Code 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | |



**Entrance**



**Foyer**



**Hall**



**Kitchen**



**Kitchen**



**Wet Bar**



**Dining**



**Living**



**Living**



**Living**



Form PIC12_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 80A423EF
esign.alamode.com/verify

# Photograph Addendum

| Borrower | Key Therapeutics, LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 365 E Beach Blvd | | | | | |
| City | Gulf Shores | County | Baldwin | State | AL | Zip Code 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | | | |



**Bathroom 1**



**Bathroom 1**



**Bathroom 1**



**Laundry**



**Water Heater**



**Bedroom 2**



**Bathroom 2**



**Bathroom 2**



**Bedroom 3**



**Bathroom 3**



**Balcony**



*J. Keith Knight*

**Serial# 80A423EF**
**esign.alamode.com/verify**

Form PIC12_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Photograph Addendum

| Borrower | Key Therapeutics, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 365 E Beach Blvd | | | | | | |
| City | Gulf Shores | County | Baldwin | | State | AL | Zip Code 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | | | | |



**Balcony View**



**Balcony View**



**Balcony View**



**North View**



**Pool**



**Covered Entry**



**Additional Photo**



**Additional Photo**

**No Photo**



Serial# 80A423EF
esign.alamode.com/verify

Form PIC9_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Comparable Photo Page

| Borrower | Key Therapeutics, LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 365 E Beach Blvd | | | | | |
| City | Gulf Shores | County | Baldwin | State | AL | Zip Code 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | | | |



### Comparable 1

365 E Beach Blvd

| | |
|---|---|
| Prox. to Subject | 0.00 miles |
| Sale Price | 775,000 |
| Gross Living Area | 1,419 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | B;WtrFr; |
| View | B;Wtr;Gulf |
| Site | 142 Units |
| Quality | Q3 |
| Age | 20 |



### Comparable 2

365 E Beach Blvd

| | |
|---|---|
| Prox. to Subject | 0.00 miles |
| Sale Price | 775,000 |
| Gross Living Area | 1,419 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | B;WtrFr; |
| View | B;Wtr;Gulf |
| Site | 142 units |
| Quality | Q3 |
| Age | 20 |



### Comparable 3

365 E Beach Blvd

| | |
|---|---|
| Prox. to Subject | 0.00 miles |
| Sale Price | 769,000 |
| Gross Living Area | 1,419 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | B;WtrFr; |
| View | B;Wtr;Gulf |
| Site | 142 units |
| Quality | Q3 |
| Age | 20 |

Serial# 80A423EF
esign.alamode.com/verify

## Location Map

| | |
|---|---|
| Borrower | Key Therapeutics, LLC |
| Property Address | 365 E Beach Blvd |
| City | Gulf Shores |

| County | Baldwin | State | AL | Zip Code | 36542 |
|---|---|---|---|---|---|

| | |
|---|---|
| Lender/Client | The Citizens Bank of Philadelphia |



Serial# 80A423EF
esign.alamode.com/verify

**Plat Map**



Serial# 80A423EF
esign.alamode.com/verify

**Aerial Map**



Serial# 80A423EF
esign.alamode.com/verify

## Zoning Map

| | |
|---|---|
| Borrower | Key Therapeutics, LLC |
| Property Address | 365 E Beach Blvd |
| City | Gulf Shores | County | Baldwin | State | AL | Zip Code | 36542 |
| Lender/Client | The Citizens Bank of Philadelphia |

Zoned BT-4 Tourist Business (High Density)



Serial# 80A423EF
esign.alamode.com/verify

## Flood Map

| Borrower | Key Therapeutics, LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 365 E Beach Blvd | | | | | |
| City | Gulf Shores | County | Baldwin | State AL | Zip Code | 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | | | |



MAP DATA

FEMA Special Flood Hazard Area: **Yes**
Map Number: **01003C1081M**
Zone: **AE**
Map Date: **April 19, 2019**
FIPS: **01003**

MAP LEGEND

Powered by CoreLogic®

- Areas inundated by 500-year flooding
- Areas inundated by 100-year flooding
- Velocity Hazard
- Protected Areas
- Floodway
- Subject Area

Serial# 80A423EF
esign.alamode.com/verify

## Building Sketch

| Borrower | Key Therapeutics, LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 365 E Beach Blvd | | | | | |
| City | Gulf Shores | County | Baldwin | State | AL | Zip Code 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | | | |



TOTAL Sketch by a la mode

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1418.58 Sq ft | 28.08 × 47.58 | = 1336.3 |
| | | 3.42 × 12 | = 41 |
| | | 3.42 × 12.08 | = 41.29 |
| | | | |
| **Total Living Area (Rounded):** | **1419 Sq ft** | | |
| **Non-living Area** | | | |
| Balcony | 224.67 Sq ft | 28.08 × 8 | = 224.67 |

Serial# 80A423EF
esign.alamode.com/verify

## Baldwin County Property Description

| Borrower | Key Therapeutics, LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 365 E Beach Blvd | | | | | |
| City | Gulf Shores | County | Baldwin | State | AL | Zip Code | 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | | | |



PROPERTY TAX
Baldwin County, Alabama

**Current Date:** 4/1/2026   **Tax Year:** 2025 (Billing Year: 2025) ▼

⚠ NOTICE: THIS PARCEL HAS TAX SALE HISTORY. SEE THE TAX SALE SECTION FOR DETAILS.

### Parcel Info

| | |
|---|---|
| **PIN** | 284591 |
| **PARCEL** | 66-05-21-2-000-161.000.946 |
| **ACCOUNT NUMBER** | 377988 |
| **OWNER** | S-7 PROPERTIES L L C |
| **MAILING ADDRESS** | 203 WINTER TEAL CT, MADISON, MS 39110- |
| **PROPERTY ADDRESS** | 365 EAST BEACH BLVD |
| **LEGAL DESCRIPTION** | UNIT 804 SAN CARLOS CONDO IN THE CITY OF GULF SHORES SEC 21- T9S-R4E (WD) |
| **EXEMPT CODE** | |
| **TAX DISTRICT** | Gulf Shores |

### Tax Information

TAXES WERE DUE BEGINNING 10/1/2025, DELINQUENT AFTER 12/31/2025

| PPIN | YEAR | TAX TYPE | TAXES | PENALTIES / INTEREST | SUBTOTAL | AMT PAID | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 284591 | 2025 | REAL | $ 5,431.80 | $ 207.96 | $ 5,639.76 | $ 5,642.76 | $ 0.00 |

**Total Due: $ 0.00**

LAST PAYMENT DATE 3/17/2026
PAID BY sims Robertr

### Property Values

| | |
|---|---|
| **Total Acres** | |
| **Use Value** | $0 |
| **Land Value** | $0 |
| **Improvement Value** | $823,000 |
| **Total Appraised Value** | $823,000 |
| **Total Taxable Value** | $823,000 |
| **Assessment Value** | $164,600 |

### Subdivision Information

| | |
|---|---|
| **Code** | 4SANCAR |
| **Name** | SAN CARLOS |
| **Lot** | 804 |
| **Block** | |
| **Type / Book / Page** | IN / N/A / 1916870 |
| **S/T/R** | 00-00-00 |

### Detail Information

| TYPE | REF | DESCRIPTION | LAND USE | TC | HS | PN | APPRAISED VALUE |
|---|---|---|---|---|---|---|---|
| CONDOMINIUM | 1 | 119-GS003 - CONDOMINIUM UNIT GS003 | - | 2 | N | N | $823,000 |

### Building Components

**Improvement**

| | |
|---|---|
| **Year Built** | 2006 |
| **Structure** | CONDOMINIUM UNIT GS003 |
| **Structure Code** | 119-GS003 |
| **Total Living Area** | 1419 |
| **Building Value** | N/A |

**Materials and Features**

** No Materials / Features For This Improvement **

### Computations

| | |
|---|---|
| **Stories** | 1.0 |
| **1st Level Sq. Ft.** | 1419 |
| **Add'l Level Sq. Ft.** | 0 |
| **Total Living Area** | 1419 |
| **Total Adjusted Area** | 1419 |

J. Keith Knight
Serial# 80A423EF
esign.alamode.com/verify

**STATE OF ALABAMA**

**COUNTY OF BALDWIN**

BALDWIN COUNTY, ALABAMA
HARRY D'OLIVE, JR. PROBATE JUDGE
Filed/cert. 5/25/2021 11:28 AM
DEED TAX      $  600.00
TOTAL         $  622.00
4 Pages



### WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS that ROBERT W. SIMS and AMYE SIMS, hereinafter called "Grantors", for and in consideration of the sum of TEN AN NO/100TH DOLLARS ($10.00) in cash and other good and valuable consideration, in hand paid to the Grantor by S-7 PROPERTIES, LLC, an Alabama limited liability company, hereinafter called "Grantee", the receipt and sufficiency of which are hereby acknowledged, subject to all matters and things hereinafter set forth, has this day bargained and sold and by these presents does hereby GRANT, BARGAIN, SELL AND CONVEY unto said Grantee, all that real property situated in the County of Baldwin, State of Alabama, described as follows, to-wit:

> Unit 804, of San Carlos, a condominium, according to that certain Declaration and all exhibits attached thereto, including th By-Laws, dated August 25, 2006, and recorded August 30, 2006 at Instrument 997847, and being more particularly described and defined by Architect's Certification Drawings filed in Apartment Book 24, Page 204, et seq., of the records in the Office of the Judge of Probate of Baldwin County, Alabama, TOGETHER WITH the appropriate undivided interest in the common areas and facilities declared in said Declaration to be appurtenant to the above described unit.

Property Address: 365 East Beach Blvd, Unit #804, Gulf Shores, AL 36542

Grantors ROBERT W. SIMS and AMYE SIMS hereby certify that the above described property does not constitute their homestead.

THIS CONVEYANCE AND THE WARRANTIES HEREUNDER ARE SUBJECT TO THE FOLLOWING:

1. Any and all reservations, restrictions, easements, right of ways, covenants, and/or encumbrances which may appear of record in the Probate Court Records.
2. Building setback lines, drainage and utility easements and restrictions as shown on the recorded plat of said subdivision.
3. The rights of the public, if any, to use any part of the land lying between the body of water of the Gulf of Mexico and the boundary line of the Property as granted by Federal or State law.
4. Rights of the United States of America, State of Alabama or other parties in and to the bed, shores and water of the Gulf of Mexico.
5. Rights, if any, of the public to use as public beach or recreation area any part of the herein described land lying between the body of water abutting said land and the natural line of vegetation, dunes, extreme high water line or other apparent boundary lines separating the publicly used area from the upland private area.

Page 1 of 4

Serial# 80A423EF
esign.alamode.com/verify

6. Terms, conditions, limitations, restrictions, reservations and easements as set forth in              Easement for Placement, Construction, Maintenance and Use of Sand and Associated Sand Stabilization Structures, Vegetation, Irrigation Systems, and Access Structures granted the City of Gulf Shores, Alabama and the State of Alabama, by and through the Commissioner of the Department of Conservation and Natural Resources, recorded as Instrument 567436 and as shown on Slides 2015-E through 2016-E.

7. That portion of the subject property which lies within the right-of-way of a public right-of-way.

8. Reservation of personal easement as set out in deed dated September 1, 1955 and recorded in Deed Book 226, Page 105.

9. Encroachment of boardwalk across coastal construction setback line as shown on plat of survey by Ercil E. Godwin, PLS (AL license no. 26621), of Hutchinson, Moore & Rauch, LLC, dated August 24, 2006, project no. 1272.

10. Encroachment of boardwalk across coastal construction setback line as shown on plat of survey by Ercil E. Godwin, PLS (AL license no. 26621), of Hutchinson, Moore & Rauch, LLC, dated August 24, 2006, project no. 1272.

11. Encroachment of retaining wall of the West property line as shown on plat of survey by Ercil E. Godwin, PLS (AL license no. 26621), of Hutchinson, Moore & Rauch, LLC, dated August 24, 2006, project no. 1272.

12. Rights of the San Carlos Condominium Owners Association to assess liens or charges, if that right exists in the By-Laws of said Association.

The recording references refer to the records in the Office of the Judge of Probate of Baldwin, County, Alabama, unless otherwise indicated.

TOGETHER WITH ALL AND SINGULAR, the rights, members, privileges and appurtenances thereunto belonging, or in anywise appertaining.

TO HAVE AND TO HOLD the said above described property unto the said Grantee, in fee simple, and to its heirs and assigns, forever.

And except as to taxes hereafter falling due which are assumed by the Grantee, and except as to the above mentioned encumbrances, the Grantors do, for themselves and their successors and assigns, hereby covenant with th Grantees that they are seized of an indefeasible estate in fee simple in said property, are in peaceable possession thereof, that said property is free and clear of all encumbrances, and that they do hereby WARRANT AND WILL FOREVER DEFEND the title to said property and the peaceable possession thereof, unto the Grantee, and the its heirs and assigns, against the lawful claims of all persons whomsoever.

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

*J. Keith Kight*

**Serial# 80A423EF**
**esign.alamode.com/verify**

IN WITNESS WHEREOF, the Grantors have hereunto caused this instrument to be property executed, on this the _19th_ day of _May_____, 2021.

_____
ROBERT W. SIMS

_____
AMYE SIMS

STATE OF MISSISSIPPI
COUNTY OF RANKIN

I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that Robert W. Sims, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal, this the _19_ day of _May_, 2021.

_____
NOTARY
PUBLIC
My commission expires:

STATE OF MISSISSIPPI
COUNTY OF RANKIN

I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that Amye Sims, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that being informed of the contents of the instrument, she executed the same voluntarily on the day the same bears date.

Given under my hand and seal, this the _19_ day of _May_, 2021.

_____
NOTARY
PUBLIC

Page 3 of 4

My commission expires:

Prepared by:
Robert W. Sims
1320 E. Deer Ridge
Brandon, MS 39042
601-672-3611

## REAL ESTATE SALES VALIDATION FORM

The following information is provided pursuant to Code of Alabama §40-22-1 (1975).
The undersigned Grantors do attest, to the best of the Grantors' knowledge and belief that the
information in this document is true and accurate. The Grantors understand that any false
statement claimed on this form may result in the imposition of the penalties indicated in Code
of Alabama §40-22-1(h) (1975).

Grantors Name: Robert + Amye Sims    Grantees Name: S-7 Properties, llc
Mailing Address: 1320 E. Deer Ridge    Mailing Address: 365 E. Beach Blvd. #804
Brandon MS 39042    Gulf Shores AL 36542

Property Address: 365 E Beach Blvd. #804    Date of Sale: 5/19/21
Gulf Shores AL 36542    Total Purchase Price:$_____
or Actual Value: $600,000
or Assessor's Market Value:$_____
The purchase price or actual value claimed on this form can be verified in the following
documentary evidence: (check one) (Recordation of documentary evidence is not required)
Bill of Sale:____ Appraisal:____ Sales Contract: X Closing Statement:____
Other:_____

[THIS SPACE INTENTIONALLY LEFT BLANK]

Page 4 of 4

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 80A423EF
esign.alamode.com/verify

Knight Appraisal (251) 967-1400

2604KAS-3076

File No:   13372

## F.I.R.R.E.A. Addendum

| | |
|---|---|
| Borrower | Key Therapeutics, LLC |
| Property Address | 365 E Beach Blvd |
| City | Gulf Shores |
| County | Baldwin |
| State | AL |
| Zip Code | 36542 |
| Lender/Client | The Citizens Bank of Philadelphia |

### Purpose of the Appraisal

The purpose of this appraisal is to estimate the current market value of the subject unit as defined in detail within the body of this report.

### Scope of the Appraisal

The appraisal is based on information gathered by the appraiser from public records, other identified sources, property / neighborhood inspection and selection of comparable sales within the market. All sources and data are considered reliable. The appraiser did not place emphasis on any data or sources that are not considered reliable.  Data regarding market sales are contained within the report and have been verified by the sources as noted.

### Report of the prior year sales history for the subject property

Is the subject property currently listed? ☐ Yes ☒ No   List Price $ _____

Has the property sold during the prior year? ☐ Yes ☒ No   If yes, describe below:

According to the Baldwin County MLS, the subject property is not currently listed for sale and has not sold in the prior year.

### Marketing Time

What is your estimate of marketing time for the subject property?   three to six months   Describe below the basis (rationale) for your estimate:

The estimated marketing period of approximately three to six months  was based on sales of similar properties in the subject's competitive market area and a review of listings and sold statistics regarding the number of days the average property is advertised for sale.

### Non-real property transfers

Does the transaction involve the transfer of personal property, fixtures, or intangibles that are not real property?   ☐ Yes ☒ No

If yes, provide description and valuation below:

No personal property has been included in the valuation of the subject unit; however the unit was furnished.

### Additional Comments

An assumption is made that the subject property is not adversely affected by the existence of hazardous substances and/or adverse environmental conditions, including wood infestation. The appraiser is not an expert in these fields. It is possible that tests and/or inspections made by a qualified person(s) could reveal the existence of such conditions, and could materially influence the Value of Opinion. The appraiser does not assume any responsibility for any such conditions as the appraiser in not an expert in these fields.

### Additional Certification

1. The acceptance of this appraisal assignment by the appraiser was not based on a requested minimum valuation, a specified valuation, or an approval of the loan.

2. The appraiser certifies that the compensation for this appraisal is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result of the occurrence of a subsequent event.

3. This appraisal has been prepared to conform with the Uniform Standards of Professional Appraisal practice ("USPAP") adopted by the Appraisal Standards Board of the Appraisal foundation, except the Departure Provision, unless otherwise stated below.

4. The appraiser has disclosed within this appraisal report, or below, all steps taken that were necessary or appropriate to comply with the Competency provision of the USPAP.

This assignment was made subject to the regulations of the State of Alabama Real Estate Appraisers Board. The undersigned state certified appraiser has met the requirements of the Board that allow this report to be regarded as a "Certified Appraisal."

🔒 esign.alamode.com/verify          Serial:80A423EF

Date:   04/15/2026          Appraiser(s):   John Keith Knight

Date:          Review Appraiser(s):

Serial# 80A423EF
esign.alamode.com/verify

### MULTI-PURPOSE SUPPLEMENTAL ADDENDUM
FOR FEDERALLY RELATED TRANSACTIONS

2604KAS-3076

Knight Appraisal (251) 967-1406

File No.: 13372

| | |
|---|---|
| Borrower/Client | Key Therapeutics, LLC |
| Property Address | 365 E Beach Blvd |
| City | Gulf Shores | County | Baldwin | State | AL | Zip Code | 36542 |
| Lender | The Citizens Bank of Philadelphia |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a con- venient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), The Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

This Multi-Purpose Supplemental Addendum is for use with any appraisal.
Only those statements which have been checked by the appraiser apply to the property being appraised.

**PURPOSE & FUNCTION OF APPRAISAL**

The purpose of the appraisal is to estimate the market value of the subject property as defined herein. The function of the appraisal is to assist the above-named Lender in evaluating the subject property for lending purposes. This is a federally related transaction.

☒ **EXTENT OF APPRAISAL PROCESS**

☒ The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the com- parables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

☐ The Reproduction Cost is based on _____ supplemented by the appraiser's knowledge of the local market.

☒ Physical depreciation is based on the estimated effective age of the subject property. Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

☐ The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not consi- dered to be meaningful. For this reason, the Income Approach was not used.

☐ The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area. The rental knowledge is based on prior and/or current rental rate surveys of residential properties. The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

☒ For income producing properties, actual rents, vacancies and expenses have been reported and analyzed. They have been used to pro- ject future rents, vacancies and expenses.

☒ **SUBJECT PROPERTY OFFERING INFORMATION**

According to the Baldwin County MLS, the subject property:
☒ has not been offered for sale in the past 36 months or 3 years.
☐ is currently offered for sale for $ _____ .
☐ was offered for sale within the past _____ months or _____ years.
☐ Offering information was considered in the final reconciliation of value.
☐ Offering information was not considered in the final reconciliation of value.
☐ Offering information was not available. The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

☒ **SALES HISTORY OF SUBJECT PROPERTY**

According to Baldwin County MLS, Metro Market Trends, and Baldwin County Records the subject property:
☒ Has not transferred in the past 36 months or 3 years.
☐ Has transferred in the past _____ months or _____ years.
☐ All prior sales which have occurred in the past 36 months or 3 years are listed below and reconciled to the ap- praised value, either in the body of the report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| | | | | |

☒ **FEMA FLOOD HAZARD DATA**

☐ Subject property is not located in a FEMA Special Flood Hazard Area.
☒ Subject is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel # | Map Date | Name of Community |
|---|---|---|---|
| AE | ▓▓▓▓▓ | 04/19/2019 | Gulf Shores |

☐ The community does not participate in the National Flood Insurance Program.
☒ The community does participate in the National Flood Insurance Program.
☐ It is covered by a regular program.
☒ It is covered by an emergency program.

Page 1 of 2

J. Keith Knight

Serial# 80A423EF
esign.alamode.com/verify

2604KAS-3076

File No.:   13372

| ☒ | CURRENT SALES CONTRACT |
|---|---|

☒ The subject property is currently not under contract.

☐ The contract and/or escrow instructions were not available for review.  The unavailability of the contract is explained later in the addenda section.

☐ The contract and/or escrow instructions were reviewed.  The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
| | | | |

☐ The contract indicated that personal property was not included in the sale.

☐ The contract indicated that personal property was included.  It consisted of

Estimated contributory value is $   0

☐ Personal property was not included in the final value estimate.

☐ Personal property was included in the final value estimate.

☐ The contract indicated no financing concessions or other incentives.

☐ The contract indicated the following concessions or incentives:

☐ If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so that the final value conclusion is in compliance with the Market Value defined herein.

| ☒ | MARKET OVERVIEW | Include an explanation of current market conditions and trends. |
|---|---|---|

3 to 6   months is considered a reasonable marketing period for the subject property based on   The estimated marketing period of approximately three to six months was based on sales of similar properties in the subject's competitive market area.

| ☒ | ADDITIONAL CERTIFICATION |
|---|---|

The Appraiser certifies and agrees that:

(1)   The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ("USPAP"), and in accordance witht he regulations developed by the Lender's Federal Regulatory Agency as required by FIRREA, except that the Departure Provisions of the USPAP do not apply.

(2)   Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

(3)   This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

| ☒ | ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS |
|---|---|

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions unless otherwise stated in this report.  The appraiser is not an expert in the identification of hazardous substances or detrimental conditions.  The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated in this report.  It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

| ☒ | ADDITIONAL COMMENTS |
|---|---|

The appraiser has made every effort to provide an accurate work product.  All discrepancies should be brought to the attention of the appraiser within 90 days of the date of the appraisal.

🔒 esign.alamode.com/verify          Serial:80A423EF

| ☒ | APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION |
|---|---|

Appraiser's Signature   *J. Keith Knight*          Effective Date   04/03/2026          Date Prepared   04/15/2026

Appraiser's Name (print)   John Keith Knight          Phone #   ████

State   AL          License #          Certification #   ████          Tax ID #   ████

| ☐ | CO-SIGNING APPRAISER'S CERTIFICATION |
|---|---|

☐ The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales listed in the report.  The report was prepared by the appraiser under direct supervision of the co-signing appraiser.  The co-signing appraiser accepts responsibility for the contents of the report including the value conclusions and the limiting condi- tions, and confirms that the certifications apply fully to the co-signing appraiser.

☐ The co-signing appraiser has not personally inspected the interior of the subject property and;

☐ has not inspected the exterior of the subject property and all comparable sales listed in the report.

☐ has inspected the exterior of the subject property and all comparable sales listed in the report.

☐ The report was prepared by the appraiser under direct supervision of the co-signing appraiser.  The co-signing appraiser accepts responsibility for the contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser with the exception of the certification regarding physical inspections.  The above describes the level of inspection performed by the co-signing appraiser.

☐ The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section of this appraisal.

| ☐ | CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION |
|---|---|

Appraiser's Signature          ☐ Trainee   ☐ Review   ☐ Other

Appraiser's Name (print)          SS #

State          License #          Certified #

*J. Keith Knight*

Serial# 80A423EF
esign.alamode.com/verify

## Market Conditions Addendum to the Appraisal Report

2604KAS-3076
File No. 13372

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 365 E Beach Blvd | City | Gulf Shores | State | AL | ZIP Code | 36542 |
|---|---|---|---|---|---|---|---|

Borrower   Key Therapeutics, LLC

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

### MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 5 | 5 | 5 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.83 | 1.67 | 1.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 8 | 12 | 16 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 9.6 | 7.2 | 9.6 | ☐ Declining | ☐ Stable | ☒ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 782,500 | 775,000 | 769,000 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Median Comparable Sales Days on Market | 71 | 182 | 93 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | 759,000 | 779,000 | 759,500 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 110 | 142 | 93 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 96.36 | 97.00 | 95.83 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes ☒ No | | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).   In this area, there are few transactions which are influenced by seller concessions. When concessions are made, they do not follow any specific trend as dictated by the local market.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).

Foreclosure (REO) sales and short sales constitute a slight percentage of the local market and influence prices as they are typically the most attractive offerings on the market; however, they do not seem to be driving the market at this time. Foreclosure sales are not a factor in the market.

Cite data sources for above information.   Data sources for the above information are the Baldwin County Multiple Listing Service and data provided by Metro Market Trends which provides online information regarding property transfers.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The subject property is not considered to be in a declining market. In the appraiser's opinion, the subject market is stable at the present time.

Search Criteria: Gulf Shores, AL; 1400-1599 sf; Gulf Front.

### CONDO/CO-OP PROJECTS

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Condominium | Project Name: San Carlos Condo | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | 1 | 2 | 1 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.17 | 0.67 | 0.33 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Active Comparable Listings | 2 | 2 | 1 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | 11.8 | 3.0 | 3.0 | ☐ Declining | ☒ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes ☒ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.   The search criteria used was all units located in the project.  There are no known REO listings in the subject project.

Summarize the above trends and address the impact on the subject unit and project.   There has been 4 known sales in the subject project in the previous twelve months.  There is 1 active listings in the subject project. The data on this form was obtained from the Baldwin County MLS.

esign.alamode.com/verify   Serial:80A423EF

### APPRAISER

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name | John Keith Knight | Supervisory Appraiser Name | |
| Company Name | Knight Appraisal Service, LLC | Company Name | |
| Company Address | PO Box 3834, Gulf Shores, AL 36547 | Company Address | |
| State License/Certification # | ▉ State AL | State License/Certification # | State |
| Email Address | ▉ | Email Address | |

Freddie Mac Form 71   March 2009    Page 1 of 1    Fannie Mae Form 1004MC   March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 80A423EF
esign.alamode.com/verify

2604KAS-3076

File No.   13372

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Serial# 80A423EF
esign.alamode.com/verify

UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.


Serial# 80A423EF
esign.alamode.com/verify

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| Gen | Generator | Additional Improvements |
| FA/CAC | Forced Air/Central Air Conditioning | Heating/Cooling |
| Ins W&D;CFs | Insulated Windows and/or Doors, Ceiling Fans | Energy Efficient Items |
| Utl Bld / Clst | Storage Building; Utility Building / Rm | Additional Improvements |
| WdLam; VLam | Wood or Vinyl Laminate Flooring, LVP | Improvements , flooring |
| Hol C Wd | Hollow Core Wood | Interior Materials |

UAD Version 9/2011 (Updated 1/2014)

Serial# 80A423EF
esign.alamode.com/verify

# Appraiser Independence Certification

I do hereby certify, I have followed the appraiser independence safeguards in compliance with Appraisal Independence and any applicable state laws I may be required to comply with.   This includes but is not limited to the following:

- I am currently licensed and/or certified by the state in which the property to be appraised is located My license is the appropriate license for the appraisal assignment(s) and is reflected on the appraisal report.
- I certify that there have been no sanctions against me for any reason that would impair my ability to perform appraisals pursuant to the required guidelines.

I assert that no employee, director, officer, or agent of _____The Citizens Bank of Philadelphia_____ , or any other third party acting as joint venture partner, independent contractor, appraisal management company, or partner on behalf of _____The Citizens Bank of Philadelphia_____ , influenced, or attempted to influence the development, reporting, result, or review of my appraisal through coercion, extortion, collusion, compensation, inducement, intimidation, bribery, or in any other manner.

I further assert that _____The Citizens Bank of Philadelphia_____ has never participated in any of the following prohibited behavior in our business relationship:

1) Withholding or threatening to withhold timely payment or partial payment for an appraisal report;

2) Withholding or threatening to withhold future business with me, or demoting or terminating or threatening to demote or terminate me;

3) Expressly or impliedly promising future business, promotions, or increased compensation for myself;

4) Conditioning the ordering of my appraisal report or the payment of my appraisal fee or salary or bonus on the opinion, conclusion, or valuation to be reached, or on a preliminary value estimate requested from me;

5) Requesting that I provide an estimated, predetermined, or desired valuation in an appraisal report prior to the completion of the appraisal report, or requesting that I provide estimated values or comparable sales at any time prior to my completion of an appraisal report;

6) Provided me an anticipated, estimated, encouraged, or desired value for a subject property or a proposed or target amount to be loaned to the borrower, except that a copy of the sales contract for purchase transactions may be provided;

7) Provided to me, or my appraisal company, or any entity or person related to me as appraiser, appraisal company, stock or other financial or non-financial benefits;

8) Any other act or practice that impairs or attempts to impair my independence, objectivity, or impartiality or violates law or regulation, including, but not limited to, the Truth in Lending Act (TILA) and Regulation Z, or the USPAP.

esign.alamode.com/verify          Serial:80A423EF

Signature

04/15/2026
Date

John Keith Knight
Appraiser's Name

State License or Certification #

Certified Residential Appraiser
State Title or Designation

Expiration Date of License or Certification     AL
                                                State

365 E Beach Blvd, Gulf Shores, AL 36542
Address of Property Appraised

05/13

# ADDITIONAL CERTIFICATION

| | | | | |
|---|---|---|---|---|
| Borrower | Key Therapeutics, LLC | | File No. | 13372 |
| Property Address | 365 E Beach Blvd | | | |
| City | Gulf Shores | County Baldwin | State AL | Zip Code 36542 |
| Lender/Client | The Citizens Bank of Philadelphia | | | |

APPRAISER'S CERTIFICATION:  The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items or significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report and true and correct.

3. I stated in the appraisal report only my own personal, unbiased, professional analyses, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form. I certify that, to the best of my knowledge and belief: The statements of fact contained in this report are true and correct. The report analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.

4. I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present of contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. My engagement in this assignment was not contingent upon developing or reporting predetermined results. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice in place, as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of the market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have made a personal inspection of the property that is the subject of this report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. No one provided significant professional assistance to the person signing this report.

If I relied on significant professional assistance from any individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report, therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

🔒 esign.alamode.com/verify          Serial:80A423EF

**APPRAISER:**

Signature: *J. Keith Knight*
Name: John Keith Knight
Date Signed: 04/15/2026
State Certification #: ▮▮▮▮
or State License #:
State: AL
Expiration Date of Certification or License: 09/30/2027

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

☐ Did    ☐ Did Not Inspect Property

Knight Appraisal (251) 967-1406
Form ID4 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

*J. Keith Knight*
**Serial# 80A423EF**
**esign.alamode.com/verify**

## Additional Comments

File No. 13372

| | |
|---|---|
| Borrower | Key Therapeutics, LLC |
| Property Address | 365 E Beach Blvd |
| City | Gulf Shores  **County** Baldwin  **State** AL  **Zip Code** 36542 |
| Lender/Client | The Citizens Bank of Philadelphia |

**Inspection** - The term "inspection" as used in this report, is not the same level of inspection that is required for a "Professional Home Inspection." The appraiser does not fully inspect the electrical system, plumbing system, mechanical systems, foundation system, floor structure, or sub floor. The appraiser is not an expert in construction materials, and the purpose of the appraisal is to make an economic evaluation of the subject property. If the Client needs a more detailed inspection of the property, a Home Inspection by a professional Home Inspector is recommended.

**Extraordinary Assumptions** - The comparables used contain confidential information related to pricing, motivations, negotiations, concessions, fees, etc., that are not typically made known to those not a part of the agreement or closing. Even when provided an interview that confirms parts of a transaction, the values herein are based on the assumption that the data reported to the sources used is correct and reflects the specific marketable features. When more than one source is stated and there are differences in the levels/amounts of the features relevant for refinement, the source deemed most reliable and reflective of the comparable as of the date of that respective sale will be used for comparison.

**Intended User Certification** - The Intended User of this appraisal report is the Client. The Intended Use is to obtain the market value of the property that is the subject of this appraisal for personal knowledge of the Client, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

**Definition/Source of Value** - The purpose of this report is to properly relay the appraisal analysis, opinions, and conclusions in a manner that is objective, impartial, and independent. The value being developed is the most common representation of this arena participant - market value. By definition, market value is the most probable price a property or properties should bring in an open competitive market under conditions requisite to a fair impartial sale where the buyer and seller are both acting knowledgeably and in their own best interest and assuming the price is not affected by unique stimulus or external forces. Implicit in this definition is the consummation of a sale  as of a specified  date and the passing of title from seller to buyer under conditions whereby: (1) The buyer and seller are typically motivated, (2) Both parties are knowledgeable and acting in their own interests, (3) A reasonable time is allowed for the property to be exposed to an open and competitive sale arena, (4) Payment is made in terms of US cash or equivalent or in terms of financial arrangements comparable thereto, and (5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sale concessions granted by anyone associated with the sale. This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July and August 1990, by the Federal Reserve System (FRS), by the National Credit Union Administration (NCUA), by the Federal Deposit Insurance Corporation (FDIC), by the Office of the Currency (OCC), and by the Office of Thrift Supervision (OTS), being further referenced in regulations jointly published in 1994.

**Scope of Work** - The scope of work for this appraisal was defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. I, the appraiser (1) performed a complete visual inspection of the interior and exterior areas of the subject property, (2) inspected the neighborhood, (3) inspected each of the comparable sales from at least the street, (4) researched, verified, and analyzed data from reliable public and/or private sources, and (5) reported my analysis, opinions, and conclusions in this appraisal report.

**Exposure Time** - (1) The time a property remains on the market, (2) The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale ate market value on the effective date of the appraisal; a retrospective estimate based on an analysis of past events assuming a competitive and open market. Exposure time is always presumed to occur prior to the effective date of the appraisal. The overall concept of reasonable exposure encompasses not only adequate, sufficient, and reasonable time but also adequate, sufficient, and reasonable effort. Exposure time is different for various types of real estate and value ranges and under various market conditions. (Appraisal Standards Board of The Appraisal Foundation, Statement on Appraisal Standards No. 6, "Reasonable Exposure Time in Real Property and Personal Property Market Value Opinions")

**Marketing Time** - (1) The time it takes an interest in real property to sell on the market sub-sequent to the date of an appraisal, (2) Reasonable marketing time is an estimate of the amount of time it might take to sell an interest in real property at its estimated market value during the period immediately after the effective date of the appraisal; the anticipated time required to expose the property to a pool of prospective purchasers and to allow the appropriate time for negotiation, the exercise of due diligence, and the consummation of a sale at a price supportable by concurrent market conditions. Marketing time differs from exposure time, which is always presumed to precede the effective date of the appraisal. (Advisory Opinion 7 of the Appraisal Standards Board of The Appraisal Foundation and Statement No. 6, "Reasonable Exposure Time in Real Property and Personal Property Market Value Opinions" address the determination of reasonable exposure and marketing time.)

**Software Certification** - Any and all references in this (TOTAL) software regarding clients, intended users, intended use, definition of value, assignment conditions, relevant characteristics, scope or work performed, and/or any other conditions/assumptions relative to this assignment are superseded by data expressly entered by the appraiser, respectively.

**Signature Certification** - The digital signatures in this report are duplicates of the original signature(s) and have not been altered or changed in any way.

Serial# 80A423EF
esign.alamode.com/verify

The Citizens Bank.

| **Engagement Date:** | **Appraisal Fee:** | **Report Due Date:** |
|---|---|---|
| 04/01/2026 | $500 | 04/08/2026 |

John Knight
Knight Appraisal Service, LLC
P.O. Box 3834
Gulf Shores, Alabama 36547
RE:  ▮▮▮▮▮▮▮▮▮▮▮
     365 E BEACH BLVD, UNIT 804
     Gulf Shores, Alabama, 36542
     Residential: Condominium

Dear John Knight:
Please be advised that The Citizens Bank of Philadelphia (the Client) would like to engage your services to prepare a(n) Appraisal Report: Residential Form of the above-referenced property. This Engagement Letter shall serve as confirmation of the mutually agreed upon Scope of Work for this assignment.

| | |
|---|---|
| **Transaction Type:** | Pre-foreclosure |
| **Borrower:** | KEY THERAPEUTICS, LLC |
| **Subject Property:** | 365 E BEACH BLVD, UNIT 804<br>Gulf Shores, Alabama, 36542 |
| **Property Type:** | Residential: Condominium |
| **Occupant:** | Other |
| **Property Contact:** | BILLY COOK<br>▮▮▮▮▮▮▮▮▮▮ |
| **Report Format:** | Appraisal Report: Residential Form |
| **Client:** | The Citizens Bank of Philadelphia |
| **Intended User:** | The Citizens Bank of Philadelphia |
| **Intended Use:** | Loan Underwriting / Credit Decision |
| **Interest Appraised:** | Fee Simple |
| **Value Date Type:** | Current |
| **Appraisal Premise:** | As Is |
| **Approaches to Value:** | Sales Comparison |
| **SOW Comments:** | Required SOW includes ALL APPLICABLE approaches to value.<br>Please provide the reasoning for omitting an approach to value in the<br>Appraisal Report. |

It is agreed that the engaged appraiser will inspect the subject property, neighborhood, and comparable data. The appraiser is responsible for ensuring the report is credible and not misleading, considering the intended use. The appraisal report must be prepared in accordance with the guidelines and instructions detailed below.

**Regulatory Requirements:**
1) must conform with the Uniform Standards of Professional Appraisal Practice (USPAP);
2) must be written and contain sufficient information and analysis to support the institution's decision to engage in the transaction;
3) must analyze and report appropriate deductions and discounts for proposed construction or renovation, partially leased buildings, non-market lease terms, and tract developments with unsold units;
4) must be based on the definition of market value set forth in the appraisal regulation; and
5) must include a statement that the appraiser has no direct or indirect interest in the property or the transaction and/or bias with respect to the parties involved.

**Client Instructions:**
- analyze and report a marketing period for the subject property;
- fully explain differences in actual age and effective age estimates;
- fully describe any attributes of the subject property considered atypical, unfavorable, below average, fair, or poor;
- include an estimate of the market value of the property in its **"AS IS" Condition** , based on current zoning;
- include a full legal description for the subject property being appraised;
- include a sketch of the improvements and area calculations, based on the appraiser's field measurements;

J. Keith Knight

Serial# 80A423EF
esign.alamode.com/verify

**E & O Insurance – Page 1**



# SURPLUS LINES
# Appraisers Advantage
## Professional Liability Insurance

### Declarations Page

**NOTICE: THIS POLICY IS A CLAIMS-MADE POLICY. PLEASE READ THE POLICY CAREFULLY.**

**Policy Number**

**The Hanover Atlantic Insurance Company, LTD**
C/O Marsh Management Services
Victoria Hall, 11 Victoria Street
PO Box hm 1826
Hamilton, HM 11, Bermuda
(A Stock Insurance Company, herein called the **Company**)

---

**RISK PURCHASING GROUP NOTICE**

**This Miscellaneous Professional Liability Risk Purchasing Group Policy is not protected by an insurance insolvency guaranty fund in this state, and the insurer or Risk Purchasing Group may not be subject to all the insurance laws and rules of this state.**

**IMPORTANT NOTICE REGARDING RISK PURCHASING GROUPS**

**Disclosure Pursuant to Federal Law Regarding Purchasing Groups [15 U.S.C. SEC. 3901, et seq] the Norman Spencer Real Estate Risk Purchasing Group, Inc is a "Purchasing Group", as defined under Federal law, formed to purchase liability insurance on a group basis for its Members to cover the similar or related liability exposure(s) to which the Members of the Purchasing Group are exposed by virtue of their related, similar, or common businesses or services. Members do not share limits and each member is evidence of insurance.ı policy and/or**

**SURPLUS LINES POLICYHOLDER NOTICE**
This Contract is registered and delivered as a surplus line coverage under the Alabama Surplus Line Insurance Law.
Melissa Hallmark – License #662213

---

**Broker Name:** Norman-Spencer Agency, LLC

**Address:** 10050 Innovation Drive, Suite 340, Miamisburg, OH 45342

**Code:**
**Signature:**

| **BROKER STAMP** | |
|---|---|
| Premium: | $505.00 |
| Risk Purchasing Group Fee | $40.00 |
| Surplus Lines Tax | $32.70 |
| **Total:** | **$577.70** |

910-1907SL  07/21

Page 1 of 4

Serial# 80A423EF
esign.alamode.com/verify



# SURPLUS LINES
# Appraisers Advantage
## Professional Liability Insurance

### Declarations Page

**Issue Date**   09/02/2025

**Item 1.**   **NAMED INSURED AND ADDRESS**

Knight Appraisal Service LLC
PO BOX 3834
GULF SHORES, AL 36547

**Item 2.**   **POLICY PERIOD**

Inception Date:  11/11/2025                Expiration Date:  11/11/2026

(12:01 AM standard time at the address shown in Item 1.)

**Item 3.**   **LIMIT OF LIABILITY**

a. $1,000,000  for each **Claim**; not to exceed
b. $1,000,000  for all **Claims** in the Aggregate

**Item 4.**   **SUBLIMITS OF LIABILITY**
Privacy and Security
Liability Coverage

a. $1,000,000  for each **Claim**; not to exceed

b. $1,000,000  for all **Claims** in the Aggregate

**Item 5.**   **DEDUCTIBLE**

a.        $500   each **Claim**
b.         N/A   for all **Claims** in the Aggregate

**Item 6.**   **SUPPLEMENTAL COVERAGE LIMIT AND DEDUCTIBLE**

| | LIMIT | | DEDUCTIBLE |
|---|---|---|---|
| Disciplinary and Regulatory Proceedings Coverage | $25,000 $50,000 | per **Insured** / for all **Insureds** | $0 |
| Subpoena Assistance | $5,000 $25,000 | per **Subpoena** / in the Aggregate | $0 |
| Crisis Event Expense | $25,000 $50,000 | per Event / in the Aggregate | $0 |
| Reputation Protection Expense | $15,000 | in the Aggregate | $0 |
| Withheld Client Fee Assistance | $25,000 | in the Aggregate | $0 |
| Nonprofit Directors and Officers Expense | $10,000 | in the Aggregate | $0 |

910-1907SL  07/21                                                      Page 2 of 4

J. Keith Knight
Serial# 80A423EF
esign.alamode.com/verify



# SURPLUS LINES
# Appraisers Advantage
## Professional Liability Insurance
### Declarations Page

**Item 7.**   **PROFESSIONAL SERVICES**
Real Estate Appraisal Services

**Item 8.**   **RETROACTIVE DATE**                                        11/11/2007

**Item 9.**   **PREMIUM FOR THE POLICY PERIOD**                                  $505.00
Risk Purchasing Group Fee                                              $40.00
Surplus Lines Tax                                                      $32.70

**Total Premium:**                                                       $577.70

**Item 10.**   **ENDORSEMENTS EFFECTIVE AT INCEPTION:**  See Schedule of Forms attached.

**Item 11.**   **NOTICE TO INSURER**
Report a claim to the Company as required by Section G. Duties in the Event of Claim(s) or Potential Claim(s) to:

www.hanover.com/report-claim-online

The Hanover Atlantic Insurance Company, LTD
Care of:  The Hanover Insurance Company
440 Lincoln Street
Worcester, MA 01653

**National Claims Telephone Number**:  508.855.6281
**Facsimile:**  508.635.1868
**Email:**  proclaim@hanover.com

## The Hanover Atlantic Insurance Company, Ltd.
### C/O Marsh Management Services
### Victoria Hall, 11 Victoria Street
### PO Box hm 1826
### Hamilton, HM 11, Bermuda
### Tel 301-495-7722

910-1907SL  07/21                                                    Page 3 of 4

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

J. Keith Kight
Serial# 80A423EF
esign.alamode.com/verify



## SURPLUS LINES
## Appraisers Advantage
### Professional Liability Insurance

*Declarations Page*

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ABOVE.

**In Witness Whereof**, The Hanover Atlantic Insurance Company, Ltd. has caused this policy to be executed by is duly authorized officers.

Bryan Salvatore
President

Ann Kirkpatrick Tripp
Treasurer

910-1907SL  07/21

Page 4 of 4

Serial# 80A423EF
esign.alamode.com/verify



# State of Alabama

*This is to certify that*

**John Keith Knight**

*having given satisfactory evidence of the necessary qualifications required by the laws of the State of Alabama is licensed to transact business in Alabama as a*

**Certified Residential Real Property Appraiser**

*With all rights, privileges and obligations appurtenant thereto.*

LICENSE NUMBER: ▉▉▉▉

EXPIRATION DATE: **9/30/2027**

Executive Director

ALABAMA REAL ESTATE APPRAISERS BOARD