# EXHIBIT K



## DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $2,531,824.25 | 03-15-2024 | 03-15-2025 | 33113125 | 1C2A / 3B01 | *** | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** Key Therapeutics, LLC
232 Market St Ste K
Flowood, MS 39232-3339

**Lender:** The Citizens Bank of Philadelphia
Carthage Branch
301 West Main Street
Carthage, MS 39051
(601) 267-4525

**LOAN TYPE.** This is a Fixed Rate (9.250%) Nondisclosable Revolving Line of Credit Loan to a Limited Liability Company for $2,531,824.25 due on March 15, 2025.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Personal, Family, or Household Purposes or Personal Investment.

☒ Business (Including Real Estate Investment).

**SPECIFIC PURPOSE.** The specific purpose of this loan is: A loan in the amount of $2,500,000 (plus fees) to purchase assets (business) of Wraser, LLC, Xspire Pharma, LLC and Legacy Xspire Holdings, LLC, all pharmaceutical companies.

**REAL ESTATE DOCUMENTS.** If any party to this transaction is granting a security interest in any real property to Lender and Borrower is not also a party to the real estate document or documents (the "Real Estate Documents") granting such security interest, Borrower agrees to perform and comply with the Real Estate Documents just as if Borrower has signed as a direct and original party to the Real Estate Documents. This means Borrower agrees to all the representations and warranties made in the Real Estate Documents. In addition, Borrower agrees to perform and comply strictly with all the terms, obligations and covenants to be performed by either Borrower or any Grantor or Trustor, or both, as those words are defined in the Real Estate Documents. Lender need not tell Borrower about any action or inaction Lender takes in connection with the Real Estate Documents. Borrower assumes the responsibility for being and keeping informed about the property. Borrower also waives any defenses that may arise because of any action or inaction of Lender, including without limitation any failure of Lender to realize upon the property, or any delay by Lender in realizing upon the property.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $2,531,824.25 as follows:

| | |
|---|---|
| Undisbursed Funds: | $2,500,000.00 |
| Other Charges Financed: | $6,374.25 |
| $1,400.75 Recording | |
| $900.00 Appraisal Fee | |
| $4,060.00 Attorney Fee | |
| $13.50 Flood Certification | |
| Total Financed Prepaid Finance Charges: | $25,450.00 |
| $7,000.00 Loan Origination Fee | |
| $18,000.00 Deferred Fee | |
| $450.00 Loan Documentation Fee | |
| Note Principal: | $2,531,824.25 |

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED MARCH 15, 2024.

BORROWER:

KEY THERAPEUTICS, LLC

By: _____
Robert W. Sims, Member / Manager of Key
Therapeutics, LLC

LaserPro, Ver. 23.4.10.021 Copr. Finastra USA Corporation 1997, 2024. All Rights Reserved. - MS C:\LPRO\CFI\LPLV20.FC TR-49039 PR-82