**United States Bankruptcy Court**
**Southern District of Mississippi**

In re    **Robert Wayne Sims**               Case No.    **26-00138**
                         Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **April 21, 2026**                  **/s/ Robert Wayne Sims**
                                         **Robert Wayne Sims**
                                         Signature of Debtor

```
ROBERT WAYNE SIMS          LANDRI MCINTOSH
203 WINTER TEAL CT         141 BEAR CREEK CIR
MADISON, MS 39110          CANTON, MS 39046


THOMAS C. ROLLINS, JR.     MS DEPT OF REVENUE
THE ROLLINS LAW FIRM, PLLC BANKRUPTCY SECTION
P.O. BOX 13767             PO BOX 22808
JACKSON, MS 39236          JACKSON, MS 39225-2808


AMEX                       PRIORITYONE BANK
ATTN: BANKRUPTCY           POB 516
PO BOX 981535              MAGEE, MS 39111
EL PASO, TX 79998


CHAFFETZ LINDSEY ***       S-7 PROPERTIES
1700 BROADWAY              232 MARKET ST
33RD FLOOR                 STE K
NEW YORK, NY 10019         FLOWOOD, MS 39232


CHASE CARD SERVICES        TESLA TRUST
ATTN: BANKRUPTCY           12832 FRONTRUNNER BLVD
PO BOX 15299               STE 100
WILMINGTON, DE 19850       DRAPER, UT 84020


INTERNAL REVENUE SERVI     THE CITIZENS BANK
CENTRALIZED INSOLVENCY     521 MAIN ST
P.O. BOX 7346              PHILADELPHIA, MS 39350
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI     US ATTORNEY GENERAL
C/O US ATTORNEY            US DEPT OF JUSTICE
501 EAST COURT ST          950 PENNSYLVANIA AVENW
STE 4.430                  WASHINGTON, DC 20530-0001
JACKSON, MS 39201


JAMES TARBUTTON
3249 BRANDYWINE DR
MADISON, MS 39110



KEY THERAPUTICS, LLC
232 MARKET ST
STE K
FLOWOOD, MS 39232
```