United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                    Case No. 26-00138-JAW

Robert Wayne Sims                                                                            Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2026 | Form ID: n029 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

**Recip ID                    Recipient Name and Address**
db                    + Robert Wayne Sims, 203 Winter Teal Ct, Madison, MS 39110-9652

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com  shannon.king@phelps.com |
| Anna Claire Henderson | on behalf of Creditor PriorityOne Bank annaclaire@derekhendersonlaw.com |
| Anna Claire Henderson | on behalf of Creditor North Point Rx  LLC annaclaire@derekhendersonlaw.com |
| Craig M. Geno | cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Derek A Henderson | on behalf of Plaintiff North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Creditor North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |

District/off: 0538-3                          User: admin                               Page 2 of 2
Date Rcvd: Apr 20, 2026                       Form ID: n029                          Total Noticed: 1

Eileen N. Shaffer
                     on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com

Kristina M. Johnson
                     on behalf of Creditor Jeffrey Thompson  Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma,
                     LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

Sarah Beth Wilson
                     on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com
                     1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.d
                     ocketbird.com

Stephen Smith
                     trustee@hrkcpa.com  MS02@ecfcbis.com

Thomas Carl Rollins, Jr
                     on behalf of Debtor Robert Wayne Sims trollins@therollinsfirm.com
                     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                     nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                     USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 12

Form n029–Notice (Rev. 12/24)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In re:  Robert Wayne Sims                                                      Case No. 26–00138–JAW

Chapter 7

**NOTICE OF REQUIREMENT TO FILE CERTIFICATE OF**
**COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE**

Subject to statutory exceptions, pursuant to 11 U.S.C. § 727(a)(11) and 11 U.S.C. § 1328(g)(1) an individual debtor must complete an instructional course in personal financial management to receive a discharge under chapter 7 (11 U.S.C. § 727) and chapter 13 (11 U.S.C. § 1328).

Pursuant to Fed. R. Bankr. P. 1007(b)(7) unless an approved provider of an instructional course concerning personal financial management has notified the court that the debtor completed the course in financial management after filing the petition or the debtor is not required to complete the course as a condition for discharge, an individual debtor* in a Chapter 7 or Chapter 13 case must file a certificate of course completion ("Certificate of Debtor Education") issued by the provider for cases under:

Chapter 7   Within 60 days after the first date set for the meeting of creditors under § 341 of the Code.

Chapter 13 Before the last payment is made under the plan or the filing of a motion for entry of discharge under § 1328(b).

Failure to file the certificate within the applicable time limit under Rule 1007(c) may result in the case being closed without an entry of a discharge. If the debtor later files a Motion to Reopen the Case for the purpose of filing the certificate, the debtor must pay the full reopening fee due for filing the motion.

This requirement can be completed any time before the deadline, but it is highly recommended that the debtor complete this requirement  as soon as possible to avoid missing the deadline.

The Certificate of Debtor Education should not be confused with the Certificate of Credit Counseling, which should be filed with the petition.

Dated: 4/20/26                                        Danny L. Miller, Clerk of Court
                                                             Thad Cochran U.S. Courthouse
                                                             501 E. Court Street
                                                             Suite 2.300
                                                             Jackson, MS 39201
                                                             601–608–4600

*In a joint case, each debtor must complete the financial management course and file a certificate of course completion.*