# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                    CHAPTER 7

ROBERT WAYNE SIMS                                       CASE NO. 26-00138-JAW

### APPLICATION OF TRUSTEE TO EMPLOY
### ATTORNEY FOR SPECIAL PURPOSE

**COMES NOW**, Stephen Smith, Trustee ("Trustee") in the above named and numbered

bankruptcy proceeding, by and through his attorney, and petitions the Court authority to retain

and appoint *William Liston, III, W. Lawrence Deas* and the law firm of *Liston & Deas PLLC* to

represent the Trustee in this proceeding for a special purpose and in support thereof would respectfully

show as follows, to-wit:

1.        That in order to facilitate his duties as a Trustee, it is necessary for the Trustee to

employ special counsel to represent the Trustee for investigation, to make demand, to pursue a

claim or recovery, and/or to file a lawsuit or lawsuits for the recovery of money or property in the

above named and numbered bankruptcy proceeding.

2.        Trustee desires to employ *William Liston, III and W. Lawrence Deas* with the law firm

of *Liston & Deas PLLC* as special counsel for the performance of said legal services described herein

with said attorneys receiving compensation of an undivided contingent interest in said claim upon the

following terms and conditions:

**Contingency Based Fees:** The attorneys' fees for said special counsel are proposed on

a contingency fee basis of thirty-three and one-third percent (33 1/3%) of the gross amount

recovered by any means whatsoever, including without limitation demand, settlement,

motion, summary judgment, default judgment, judgment, litigation or otherwise if said

recovery is made prior to the filing of any lawsuit and if any such lawsuit is filed then

said contingency fee shall be increased to forty percent (40%) of the gross amount recovered.

**Reimbursement of Expenses**:      Contingent upon a recovery, said attorneys are entitled to reimbursement of reasonable and necessary expenses in pursuing said claim.

**Limits on Fees and Expenses**:      Provided, however, notwithstanding anything to the contrary stated above, the total fees and reimbursement of expenses shall not exceed fifty percent (50%) of the gross amount recovered as the parties understand that this is the policy of the United States Trustee for this region.

That any recovery, by settlement or judgment, shall be paid directly to the Trustee for future distribution in accordance with Court Orders.

3.      Said attorneys are fully competent to advise the Trustee on all matters which are now anticipated to arise in the functioning of this proceeding and protecting and preserve all rights of Applicant including but not limited to transactions between Sims and Gentex Pharma, LLC, Ronnie Grogan and Copay Consulting, LLC.

4.      Said Attorneys represent no interest adverse to the Trustee or the estate with respect to matters upon which attorneys are to be engaged, and the employment of said attorneys would be in the best interest of this estate. To the best of Applicant's knowledge, said attorneys have no connection with the creditors herein or any other party in interest or their respective attorneys which would interfere with or hinder the faithful performances of their duties herein. An Affidavit supporting this statement are attached hereto and incorporated herein as composite Exhibit "A".

**WHEREFORE, PREMISES CONSIDERED,** the Trustee prays that he be authorized to employ and appoint *William Liston, III, W. Lawrence Deas* and the law firm of *Liston & Deas PLLC* as his legal counsel in the action set out herein above.

Respectfully submitted,

STEPHEN SMITH
CHAPTER 7 TRUSTEE

EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
Ph: (601) 969-3006
Email: eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, attorney for Trustee, do hereby certify that I have this date mailed, by United States Mail, postage prepaid, or electronically transmitted, a true and correct copy of the above and foregoing Application of Trustee to Employ Attorney for Special Purpose to the following on the day and year hereinafter set forth:

W. Lawrence Deas, Esq.
William Liston, II, Esq.
P.O. Box 14127
Jackson, MS 39236
lawrence@listondeas.com
william@listondeas.com

Derek A. Henderson, Esq.
Anna Claire Henderson, Esq.
Attorneys for North Point Rx, LLC
derek@derekhendersonlaw.com
annaclaire@derekhendersonlaw.com

Kristina M. Johnson, Esq.
Attorney for Jeffrey Thompson, Liquidating Trustee
For Legacy-Xspire Holdings, LLC, Wraser. LLC
And Xspire Pharma, LLC
kjohnson@joneswalker.com

Sarah Beth Wilson, Esq.
Andrew R. Norwood, Esq.
Attorneys for Citizens Bank of Philadelphia
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com

Thomas Carl Rollins, Jr., Esq.
Attorney for Debtor
trollins@therollinsfirm.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED**, this the _____ day of _____, 2026.

_____
EILEEN N. SHAFFER