

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                      CHAPTER 7

ROBERT WAYNE SIMS                                                    CASE NO. 26-00138-JAW

### ORDER APPROVING APPLICATION TO EMPLOY
### ATTORNEYS FOR SPECIAL PURPOSE

**THIS CAUSE** having come on for consideration of the Application to Employ *William Liston, III, W. Lawrence Deas* and the law firm of *Liston & Deas PLLC* as Special Counsel [Dkt. #__82__] for **J. Stephen Smith**, Trustee, for investigation, to make demand, to pursue a claim or recovery, and/or to file a lawsuit or lawsuits for the recovery of money or property in the above named and numbered bankruptcy proceeding. That said attorneys are to receive compensation of an undivided contingent interest in same claim as thirty-three and one-third percent (33⅓%) of the gross amount recovered by any means whatsoever, including without limitation demand, settlement, motion, summary judgment, default judgment, judgment, litigation or otherwise if said recovery is made prior to the filing of any lawsuit and if any such lawsuit is filed then said contingency fee shall be increased to forty percent (40%) of the gross amount recovered, plus any expenses incurred. However, the total sum of attorneys' fees and expenses shall not exceed fifty percent (50%) of the total amount of the settlement and that any recovery, by settlement or judgment, shall be paid directly to the Trustee for future distribution in accordance with Court Orders. The delineation of attorneys'

fees and expenses will be disclosed in the Application for approval of attorneys' fees and expenses.

That *Liston & Deas PLLC* will adhere to the provisions of 11 U.S.C. §504, regarding their compensation.

**IT IS, THEREFORE, ORDERED** that the employment of *William Liston, III, W. Lawrence Deas* and the law firm of *Liston & Deas PLLC* as special counsel for the trustee be and it is hereby approved.

**IT IS FURTHER ORDERED** that applicants shall be entitled to receive compensation only after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016 and any other applicable or related statutes and rules.

**IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of any previous orders allowing compensation and the amounts so allowed.

Any objection to this Order must be filed within 21 days from the entry of this Order or it will become final. (JAW)                    **##END OF ORDER##**

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
Ph:   (601) 969-3006
eshaffer@eshafferlaw.com