*MSSB-435-1 (02/23)*

## United States Bankruptcy Court
## Southern District of Mississippi

## Transcript Order

### Section A

| Requestor's Name: | | Email: | Phone: |
|---|---|---|---|

| Address: | | City: | State: | Zip Code: |
|---|---|---|---|---|

| Case Type: ☐ Bankruptcy Case  ☐ Adversary Proceeding | Dates of Proceedings | |
|---|---|---|
| Case Number: | From: | To: |
| Case Name: | Location of Proceedings | Time (Hearing Began) |
| | | |
| Nature of Proceedings: [Include Dkt. No.(s)] | Presiding Judge | Order for: |
| | | ☐ Non-Appeal   ☐ Appeal |

| Comments: |
|---|
| |

### Section B

| Category | Original *(Includes certified copy to Clerk for records of the court)* | |
|---|---|---|
| ☐ | Ordinary | Transcript to be delivered within 30 calendar days after receipt of an order. |
| ☐ | 14-Day | Transcript to be delivered within 14 calendar days after receipt of an order. |
| ☐ | Expedited | Transcript to be delivered within seven (7) calendar days after receipt of an order. |
| ☐ | 3-Day | Transcript to be delivered within three (3) calendar days after receipt of an order. |
| ☐ | Daily | A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar day is a weekend or holiday) before the normal opening hour of the clerk's office. |
| ☐ | Hourly | A transcript of proceedings to be delivered within two (2) hours from receipt of the order. |

**By signing below, I certify I will pay the transcriber all related charges.**

| Request prepared by: | Phone Number: |
|---|---|
| Signature: | Date: |

### Court Use Only

Audio reproduced and sent to _____ on _____.

Court Contact: _____   Phone No.: _____

Notes/Comments: