United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-00138-JAW

Robert Wayne Sims                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 12, 2026 | Form ID: n015 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Wayne Sims, 203 Winter Teal Ct, Madison, MS 39110-9652 |
| aty | + | Steven M. Berman, Shumaker, Loop & Kendrick, LLP, 101 East Kennedy Blvd., Suite 2800, Tampa, FL 33602-5153 |
| acc | + | Harper, Rains, Knight & Company, P.A., 1052 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157-8764 |
| cr | | Jeffrey Thompson, Liquidating Trustee for Legacy-X, c/o Kristina M. Johnson, Esq., Jones Walker LLP, P. O. Box 427, Jackson, MS 39205-0427 |
| sp | + | Liston & Deas PLLC, P.O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | W. Lawrence Deas, Liston & Deas, PLLC, P. O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | William Liston, III, Liston & Deas PLLC, P.O. Box 14127, Jackson, MS 39236-4127 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank of Philadelphia |
| cr | | North Point Rx, LLC |
| cr | | PriorityOne Bank |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                               Signature:                  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Roberts Norwood | |
| | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com  shannon.king@phelps.com |

District/off: 0538-3
User: mssbad
Page 2 of 2

Date Rcvd: Jun 12, 2026
Form ID: n015
Total Noticed: 7

Anna Claire Henderson
on behalf of Creditor North Point Rx  LLC annaclaire@derekhendersonlaw.com

Anna Claire Henderson
on behalf of Creditor PriorityOne Bank annaclaire@derekhendersonlaw.com

Blake A. Tyler
on behalf of Plaintiff James Kenneth Tarbutton btyler@pgtlaw.com
btyler@pgtlaw.com;pondgadow1@gmail.com;joy.hall511@yahoo.com;jaydah@gadowtyler.com;gadowtyler@jubileebk.net

Blake A. Tyler
on behalf of Plaintiff Landri Tarbutton McIntosh btyler@pgtlaw.com
btyler@pgtlaw.com;pondgadow1@gmail.com;joy.hall511@yahoo.com;jaydah@gadowtyler.com;gadowtyler@jubileebk.net

Craig M. Geno
cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Derek A Henderson
on behalf of Creditor North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com

Derek A Henderson
on behalf of Plaintiff North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com

Eileen N. Shaffer
on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com

Kristina M. Johnson
on behalf of Plaintiff Jeffery Thompson  solely in his capacity as Liquidation Trustee kjohnson@joneswalker.com,
kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

Kristina M. Johnson
on behalf of Creditor Jeffrey Thompson  Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma,
LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

Sarah Beth Wilson
on behalf of Plaintiff Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com
1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.d
ocketbird.com

Sarah Beth Wilson
on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com
1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.d
ocketbird.com

Stephen Smith
trustee@hrkcpa.com  MS02@ecfcbis.com

Thomas Carl Rollins, Jr
on behalf of Defendant Robert Wayne Sims trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Robert Wayne Sims trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 17

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   Robert Wayne Sims

Case No.: 26–00138–JAW

Chapter 7

**To: All Persons of Record at Hearing/Trial**

### NOTICE OF FILING OF TRANSCRIPT
### AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on **June 12, 2026** (Dkt. # 96) regarding a hearing/trial held on **April 28, 2026** (Dkt. #57).

The parties have until **June 22, 2026** to communicate with the transcriber of any intent to redact the transcript.

Transcript redaction request to the transcriber is **required** on or before **July 6, 2026**.

If a transcript redaction request is submitted to the transcriber, the deadline for the redacted transcript to be filed with the Court is **July 13, 2026**.

If no redacted transcript is filed before the 90–day restriction period expires, the transcript may become available for remote electronic access on **September 10, 2026**, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, *J&J Court Transcribers, Inc., Address 268 Evergreen Avenue, Hamilton, NJ 08619, Telephone number 609–586–2311*, or you may view the transcript at the clerk's office public terminal.

Dated: 6/12/26

Danny L. Miller
Clerk, U. S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601–608–4600