## IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   ROBERT WAYNE SIMS,                                    **CHAPTER 7**
        **Debtor**                                    **CASE NO. 26-00138-JAW**

### SUPPLEMENTAL DISCLOSURE OF
### COMPENSATION OF ATTORNEY FOR DEBTOR

COMES NOW Thomas C. Rollins, Jr. and The Rollins Law Firm, PLLC, counsel for the above-named Debtor, and files this Supplemental Disclosure of Compensation of Attorney for Debtor pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016(b), and would show the Court as follows:

1. This disclosure supplements any prior disclosure of compensation filed by counsel in this case and is made to disclose additional compensation paid or agreed to be paid after the filing of the case.

2. In addition to any compensation previously disclosed, the Debtor has paid The Rollins Law Firm, PLLC the additional sum of $5,000.00 as a retainer for additional post-petition legal services.

3. The additional $5,000.00 retainer is for representation of the Debtor in connection with the pending adversary proceedings involving the Debtor and for representation in matters related to the bankruptcy case of S-7 Properties, LLC.

4. The source of the additional payment was the Debtor.

5. The additional compensation disclosed herein is not compensation for services as counsel for the Chapter 7 Trustee or for the bankruptcy estate. The undersigned has not been employed by the Chapter 7 Trustee and makes this disclosure solely as counsel for the Debtor.

6.  The undersigned has not shared or agreed to share any compensation received or to be received in connection with this case with any other person, other than with members or employees of The Rollins Law Firm, PLLC.

7.  Except as supplemented herein, the prior disclosure of compensation remains unchanged.

This disclosure is submitted for filing in the main Chapter 7 case so that the record reflects the additional compensation paid or agreed to be paid to counsel for the Debtor in connection with the above-described matters.

Respectfully submitted,

**THE ROLLINS LAW FIRM, PLLC**

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**OF COUNSEL:**
Thomas C. Rollins, Jr. (MSB No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5889
Email: tcrollinsjr@me.com
Counsel for the Debtor

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that I have this day caused to be served a true and correct copy of the above and foregoing Supplemental Disclosure of Compensation of Attorney for Debtor by filing the same through the Court's CM/ECF system, which sent notice of electronic filing to all parties registered to receive electronic notice in this case, including the Chapter 7 Trustee, the United States Trustee, and all parties requesting notice.

THIS, the 18th day of June, 2026.


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.