

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| ROBERT WAYNE SIMS, | CASE NO. 26-00138-JAW |
| DEBTOR. | CHAPTER 7 |
| JEFFERY THOMPSON, solely in his capacity as Liquidation Trustee | PLAINTIFF |
| VS. | ADV. PROC. NO. 26-00024-JAW |
| ROBERT WAYNE SIMS | DEFENDANT |

**AGREED FINAL JUDGMENT OF NONDISCHARGEABILITY**

THIS MATTER IS BEFORE THE COURT on the Complaint Objecting to Discharge and to Determine Dischargeability of Debt filed under Sections 523 and 727 of the U.S. Bankruptcy Code by Plaintiff, Jeffrey Thompson solely in his capacity as Liquidation Trustee on behalf of the confirmed Chapter 11 estates of Legacy-Xspire Holdings, LLC, WraSer, LLC and Xspire Pharma, LLC, which bankruptcy cases are jointly administered and whose Joint Chapter 11 Plan of Liquidation (8:23-bk-04251-RCT, Doc. 214) was confirmed in Case No. 8:23-bk-04251-RCT (the "**Florida Bankruptcy Cases**") in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division ("**Plaintiff**") against Robert Wayne Sims ("**Defendant**") in the above-

referenced adversary proceeding (the "**Adversary Proceeding**"). The Court, being fully advised in the premises, and having been further advised that the Defendant agrees to entry of a judgment against him as provided herein, finds that the debt owed to Plaintiff is non-dischargeable under 11 U.S.C. § 523(a)(2)(A), 523(a)(4) and § 523(a)(6).

IT IS, THEREFORE, ORDERED that the Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I) and (J). Venue is proper pursuant to 28 U.S.C. § 1409.

IT IS FURTHER ORDERED that judgment is hereby entered in favor of Jeffery Thompson, solely in his capacity as Liquidation Trustee in the Florida Bankruptcy Cases, against Robert Wayne Sims, Defendant, for damages in the amount of $1,225,327.07, together with post-judgment interest at the rate established by 28 U.S.C. § 1961, accruing from the date of entry of this judgment until paid and satisfied in full (collectively, the "**Judgment** ").

IT IS FURTHER ORDERED that this Judgment is hereby declared non-dischargeable within the meaning of 11 U.S.C. §§ 523(a)(2)(A), 523(a)(4) and 523(a)(6). This judgment shall be immediately enforceable and the stay of execution under Fed. R. Bankr. Proc. 7062 and Fed. R. Civ. Proc. 62(a) is hereby waived.  Plaintiff shall have all rights to immediately record this judgment under applicable law.

IT IS FURTHER ORDERED that all claims, counts, and causes of action asserted by the Plaintiff under 11 U.S.C. § 727 regarding objection to the Defendant's discharge in bankruptcy under Sections 727(a)(2) and 727(a)(5) (Counts IV and V), are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that nothing in this Judgment releases, waives, adjudicates, impairs, limits, or otherwise affects any claim, cause of action, defense, right, or remedy held by

#111863604v1

Plaintiff in or against any bankruptcy estate, any Chapter 7 trustee, or their respective successors or assigns, any person or entity except as expressly stated herein.

**\*\*\*END OF ORDER\*\*\***

AGREED AND APPROVED:

_____
Robert Wayne Sims
203 Winter Teal Ct.
Madison, MS 39110-9652


*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson MS 39236
Tel: 601-500-5533
Fax: 501-500-5296
trollins@therollinsfirm.com

**Counsel for Defendant**



*/s/ Kristina M. Johnson*
Kristina M. Johnson.  (MSBN 9382)
Jones Walker, LLP
3100 North State Street, Suite 300 (39216)
PO Box 427
Jackson MS 39205-0427
T: (601) 949-4785
F: (601) 949-4804
kjohnson@joneswalker.com

Admitted *Pro Hac Vice*:
Steven M. Berman
Fla. Bar No.: 856290
SHUMAKER, LOOP & KENDRICK, LLP
Primary email: sberman@shumaker.com
Secondary email: choffman@shumaker.com
101 E. Kennedy Blvd., Ste. 2800
Tampa, FL 33602
T: (813) 229-7600 | F: (813) 229-1600

**Counsel for Plaintiff**

3

#111863604v1