## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:    **Robert Wayne Sims,**          Case No.    **26-00138-JAW**

        **Debtor.**          Chapter:    **7**

---

**NOTICE OF FILING OF MOTION TO SUBSTANTIVELY CONSOLIDATE AFFILIATE CHAPTER 7 BANKRUPTCY CASES OF S-7 PROPERTIES, LLC, KEY THERAPEUTICS, LLC, AND ROBERT W. SIMS, OR, ALTERNATIVELY, TO DISMISS S-7 PROPERTIES, LLC BANKRUPTCY PETITION**

---

PLEASE TAKE NOTICE that on July 15, 2026, Citizens Bank of Philadelphia (the "Movant") filed a Motion to Substantively Consolidate Affiliate Chapter 7 Bankruptcy Cases of S-7 Properties, LLC, Key Therapeutics, LLC, and Robert W. Sims, or, Alternatively, to Dismiss S-7 Properties, LLC Bankruptcy Petition (the "Motion") in the bankruptcy case styled: S-7 Properties, LLC, Case No. 26-01029-JAW pending before the United States Bankruptcy Court for the Southern District of Mississippi.

The Motion seeks entry of an order substantively consolidating the bankruptcy estate of the lead case of Key Therapeutics, LLC, Case No. 26-00106-JAW, with the companion cases of Robert Wayne Sims, Case No. 26-00138-JAW, and S-7 Properties, LLC, Case No. 26-01029-JAW.  A copy of the Motion is attached hereto as Exhibit "A" and is incorporated herein by reference as though fully set forth herein.

Your rights may be affected by the relief sought in the Motion. You should review the Motion carefully and consult legal counsel if necessary.

PD.63032408.1

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is currently scheduled hearing on <u>September 21, 2026 at 1:30pm</u>, Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi to consider and act upon the Motion. The Hearing will be recorded electronically by the Court. Any written response to the Motion must be received by the Court on or before August 6, 2026. The Court will proceed with the Hearing even if no written response to the Motion is filed.

Dated: July 16, 2026          Respectfully submitted,

**PHELPS DUNBAR LLP**

By: */s/Sarah Beth Wilson*
Sarah Beth Wilson (MSB 103650)
Andrew R. Norwood (MSB 105087)
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com

*Attorneys for The Citizens Bank of Philadelphia*

PD.63032408.1

## Certificate of Service

I, the undersigned, hereby certify that on this day, I electronically filed the foregoing Notice of Filing of Motion for Substantive Consolidation Filed in Related Bankruptcy Case with the Clerk of Court using the CM/ECF system, and that I caused a true and correct copy to be served upon all creditors, parties in interest, the United States Trustee, and all entities listed in the creditor matrix and entitled to notice in this case in accordance with Federal Rules of Bankruptcy Procedure, including:

Robert Wayne Sims, *Debtor*
203 Winter Teal Ct
Madison, MS 39110

Thomas Carl Rollins, Jr., *Attorney for Debtor*
*trollins@therollinsfirm.com*

Stephen Smith, *Chapter 7 Trustee*
trustee@hrkscpa.com

Eileen N. Shaffer, *Attorney for Chapter 7 Trustee*
eshaffer@eshaffer-law.com

Abigail M. Marbury, U.S. Trustee
Abigail.m.marbury@usdoj.gov

Dated: July 16, 2026          By:     */s/Sarah Beth Wilson*
                                       Sarah Beth Wilson

PD.63032408.1