**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **S-7 PROPERTIES, LLC,** | **CASE NO. 26-01029-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

**IN RE:**

| | |
|---|---|
| **ROBERT WAYNE SIMS,** | **CASE NO. 26-00138-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

**IN RE:**

| | |
|---|---|
| **KEY THERAPEUTICS, LLC,** | **CASE NO. 26-00106-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

**ORDER GRANTING: (I) MOTION FOR CONTINUANCE AND (II) *ORE TENUS* MOTION TO BIFURCATE HEARING ON (A) MOTION TO SUBSTANTIVELY CONSOLIDATE AFFILIATE CHAPTER 7 BANKRUPTCY CASES AND (B) REQUEST FOR DISMISSAL OF S-7 PROPERTIES, LLC'S CASE**

This matter came before the Court for hearing on August 17, 2026 (the "Hearing") on the Motion for Continuance (S-7 Dkt. #129)[1] filed by Stephen Smith in his capacity as the chapter 7

[1] Citations to the record are as follows: (1) citations to the docket in the above referenced bankruptcy case are cited as "(S-7 Dkt. #)"; (2) citations to docket entries in the bankruptcy case of *In re Robert Wayne Sims*, No. 26-00138-JAW,

trustee (the "Trustee") of the estate of the debtor, S-7 Properties, LLC ("S-7 Properties") and Citizens Bank of Philadelphia's Response in Opposition to Trustee Stephen Smith's Motion for Continuance (S-7 Dkt. #135) filed by Citizens Bank of Philadelphia ("Citizens") in the bankruptcy case of S-7 Properties.

At the Hearing, Sarah Beth Wilson represented Citizens. Craig M. Geno represented the Trustee, Stephen Smith, who was present in the courtroom. Eileen N. Shaffer, counsel for the chapter 7 trustee in the bankruptcy cases of Robert Wayne Sims (Case No. 26-00138-JAW) and Key Therapeutics, LLC (Case No. 26-00106-JAW), also appeared.[2]

On July 15, 2026, Citizens filed its Motion to Substantively Consolidate Affiliate Chapter 7 Bankruptcy Cases of S-7 Properties, LLC, Key Therapeutics, LLC, and Robert W. Sims, or, Alternatively, to Dismiss S-7 Properties, LLC Bankruptcy Petition (the "SubCon Motion/Request for Dismissal") (S-7 Dkt. #74), asking the Court to substantively consolidate the bankruptcy cases of S-7 Properties (Case No. 26-01029-JAW), Robert Wayne Sims (Case No. 26-00138-JAW), and Key Therapeutics, LLC (Case No. 26-00106-JAW) or, alternatively, to dismiss the bankruptcy case of S-7 Properties. Citizens filed the SubCon Motion/Request for Dismissal in the S-7 Case and a Notice of Filing in both the Robert Wayne Sims and Key Therapeutics bankruptcy cases. (Sims Dkt. #102; Key Dkt. #80). The Trustee filed the Answer and Response to Motion to Substantively Consolidate Affiliate Chapter 7 Bankruptcy Cases of S-7 Properties, LLC, Key Therapeutics, LLC, and Robert W. Sims, or, Alternatively, to Dismiss S-7 Properties, LLC Bankruptcy Petition Motion (the "Response") (S-7 Dkt. #128) in S-7 Properties' case.

---

are cited as "(Sims Dkt. #)"; and (3) citations to docket entries in the bankruptcy case of *In re Key Therapeutics LLC*, No. 26-00106-JAW, are cited as "(Key Dkt. #)".

[2] Stephen Smith is the chapter 7 trustee in all three bankruptcy cases.

The Court originally set the SubCon Motion/Request for Dismissal and the Response for a combined evidentiary hearing on September 21, 2026 at 1:30 p.m. (S-7 Dkt. #75). At the Hearing, the Trustee asked the Court to bifurcate the evidentiary hearing on the SubCon Motion/Request for Dismissal, set the Request for Dismissal for hearing on the date originally scheduled, September 21, 2026, and continue the SubCon Motion to a later date so that discovery could be completed. Based on the agreement of the parties and for all the reasons set forth in the record at the Hearing, the Trustee's *ore tenus* motion to bifurcate the hearing and the Motion for Continuance are due to be granted.

IT IS, THEREFORE, ORDERED that the Trustee's *ore tenus* motion to bifurcate the hearing on the SubCon Motion/Request for Dismissal is granted. *See* FED. R. BANKR. P. 7042, 9014(c).

IT IS FURTHER ORDERED that the evidentiary hearing on the Request for Dismissal will be held on **Monday September 21, 2026 at 11:00 a.m.** in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that the Motion for Continuance is granted and the evidentiary hearing on the SubCon Motion will be held separately on **Tuesday, October 27, 2026 at 9:30 a.m.** in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that the Bankruptcy Clerk shall cause this Order to be filed and served in all three of the above-captioned chapter 7 cases.

##END OF ORDER##