United States Bankruptcy Court
Southern District of Mississippi

In re: Robert Wayne Sims
Debtor

Case No. 26-00138-JAW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Aug 18, 2026 Form ID: pdf012 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Wayne Sims, 203 Winter Teal Ct, Madison, MS 39110-9652 |
| aty | + | Steven M. Berman, Shumaker, Loop & Kendrick, LLP, 101 East Kennedy Blvd., Suite 2800, Tampa, FL 33602-5153 |
| tr | + | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| acc | + | Harper, Rains, Knight & Company, P.A., 1052 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157-8764 |
| cr | | Jeffrey Thompson, Liquidating Trustee for Legacy-X, c/o Kristina M. Johnson, Esq., Jones Walker LLP, P. O. Box 427, Jackson, MS 39205-0427 |
| sp | + | Liston & Deas PLLC, P.O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | W. Lawrence Deas, Liston & Deas, PLLC, P. O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | William Liston, III, Liston & Deas PLLC, P.O. Box 14127, Jackson, MS 39236-4127 |
| 5647091 | + | Andrew R. Norwood, Esq., Phelps Dunbar, LLP, for Citizens Bank of Philadelphia, 1905 Community Bank Way, Suite 200, Flowood, MS 39232-1249 |
| 5617351 | + | Anna Claire Henderson, Esq., Attorney at Law, for North Point Rx, LLC, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5662691 | + | CHAFFETZ LINDSEY, 1700 BROADWAY, 33RD FLOOR, NEW YORK, NY 10019-5975 |
| 5617345 | + | Derek A. Henderson, Esq., Attorney at Law, for North Point Rx, LLC, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5614087 | + | James Tarbutton, 3249 Brandywine Dr, Madison, MS 39110-9520 |
| 5642090 | + | Jeffery Thompson, Liquidation Trustee for Reorgani, c/o Steven M. Berman, Esq., Shumaker, Loop & Kendrick, LLP, 101 E. Kennedy Blvd., Suite 2800, Tampa, Fl 33602-5153 |
| 5614088 | + | Key Theraputics, LLC, 232 Market St, Ste K, Flowood, MS 39232-3339 |
| 5620508 | | Kristina M. Johnson, Esq., Jones Walker LLP for, Jeffrey Thompson, Liquidating Trustee, P.O. Box 427, Jackson MS 39205-0427 |
| 5614089 | + | Landri McIntosh, 141 Bear Creek Cir, Canton, MS 39046-7003 |
| 5631899 | + | North Point Rx, LLC, c/o Tyler Tedrow, 200 S. Knowles Ave, Winter Park, FL 32789-4304 |
| 5614091 | + | Priorityone Bank, Pob 516, Magee, MS 39111-0516 |
| 5614092 | + | S-7 Properties, 232 Market St, Ste K, Flowood, MS 39232-3339 |
| 5614093 | + | Tesla Trust, 12832 Frontrunner Blvd, Ste 100, Draper, UT 84020-5499 |
| 5614094 | + | The Citizens Bank, 521 Main St, Philadelphia, MS 39350-2544 |
| 5625916 | + | The Citizens Bank of Philadelphia, P.O. Box 578, Carthage, MS 39051-0578 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5634811 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2026 19:51:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5614083 | + | Email/PDF: bncnotices@becket-lee.com | Aug 18 2026 19:51:25 | Amex, Attn: Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5614084 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 18 2026 19:51:25 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5614086 | + | Email/Text: ebone.woods@usdoj.gov | Aug 18 2026 19:46:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5614085 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2026 19:46:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5614090 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 18 2026 19:46:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |

| | | | |
|---|---|---|---|
| 5614095 | ^ MEBN | Aug 18 2026 19:43:07 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank of Philadelphia |
| cr | | North Point Rx, LLC |
| cr | | PriorityOne Bank |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com shannon.king@phelps.com |
| Anna Claire Henderson | on behalf of Creditor North Point Rx LLC annaclaire@derekhendersonlaw.com |
| Anna Claire Henderson | on behalf of Creditor PriorityOne Bank annaclaire@derekhendersonlaw.com |
| Blake A. Tyler | on behalf of Plaintiff James Kenneth Tarbutton btyler@pgtlaw.com btyler@pgtlaw.com;pondgadow1@gmail.com;joy.hall511@yahoo.com;jaydah@gadowtyler.com;gadowtyler@jubileebk.net |
| Blake A. Tyler | on behalf of Plaintiff Landri Tarbutton McIntosh btyler@pgtlaw.com btyler@pgtlaw.com;pondgadow1@gmail.com;joy.hall511@yahoo.com;jaydah@gadowtyler.com;gadowtyler@jubileebk.net |
| Craig M. Geno | cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Derek A Henderson | on behalf of Creditor North Point Rx LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Plaintiff North Point Rx LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |
| Kristina M. Johnson | on behalf of Plaintiff Jeffery Thompson solely in his capacity as Liquidation Trustee kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com |

| | |
|---|---|
| Kristina M. Johnson | on behalf of Creditor Jeffrey Thompson Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com |
| Sarah Beth Wilson | on behalf of Plaintiff Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |
| Sarah Beth Wilson | on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Defendant Robert Wayne Sims trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Robert Wayne Sims trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 17

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **S-7 PROPERTIES, LLC,** | **CASE NO. 26-01029-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

---

**IN RE:**

| | |
|---|---|
| **ROBERT WAYNE SIMS,** | **CASE NO. 26-00138-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

---

**IN RE:**

| | |
|---|---|
| **KEY THERAPEUTICS, LLC,** | **CASE NO. 26-00106-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

**ORDER GRANTING: (I) MOTION FOR CONTINUANCE AND (II) *ORE TENUS* MOTION TO BIFURCATE HEARING ON (A) MOTION TO SUBSTANTIVELY CONSOLIDATE AFFILIATE CHAPTER 7 BANKRUPTCY CASES AND (B) REQUEST FOR DISMISSAL OF S-7 PROPERTIES, LLC'S CASE**

This matter came before the Court for hearing on August 17, 2026 (the "Hearing") on the Motion for Continuance (S-7 Dkt. #129)[1] filed by Stephen Smith in his capacity as the chapter 7

[1] Citations to the record are as follows: (1) citations to the docket in the above referenced bankruptcy case are cited as "(S-7 Dkt. #)"; (2) citations to docket entries in the bankruptcy case of *In re Robert Wayne Sims*, No. 26-00138-JAW,

trustee (the "Trustee") of the estate of the debtor, S-7 Properties, LLC ("S-7 Properties") and Citizens Bank of Philadelphia's Response in Opposition to Trustee Stephen Smith's Motion for Continuance (S-7 Dkt. #135) filed by Citizens Bank of Philadelphia ("Citizens") in the bankruptcy case of S-7 Properties.

At the Hearing, Sarah Beth Wilson represented Citizens. Craig M. Geno represented the Trustee, Stephen Smith, who was present in the courtroom. Eileen N. Shaffer, counsel for the chapter 7 trustee in the bankruptcy cases of Robert Wayne Sims (Case No. 26-00138-JAW) and Key Therapeutics, LLC (Case No. 26-00106-JAW), also appeared.[2]

On July 15, 2026, Citizens filed its Motion to Substantively Consolidate Affiliate Chapter 7 Bankruptcy Cases of S-7 Properties, LLC, Key Therapeutics, LLC, and Robert W. Sims, or, Alternatively, to Dismiss S-7 Properties, LLC Bankruptcy Petition (the "SubCon Motion/Request for Dismissal") (S-7 Dkt. #74), asking the Court to substantively consolidate the bankruptcy cases of S-7 Properties (Case No. 26-01029-JAW), Robert Wayne Sims (Case No. 26-00138-JAW), and Key Therapeutics, LLC (Case No. 26-00106-JAW) or, alternatively, to dismiss the bankruptcy case of S-7 Properties. Citizens filed the SubCon Motion/Request for Dismissal in the S-7 Case and a Notice of Filing in both the Robert Wayne Sims and Key Therapeutics bankruptcy cases. (Sims Dkt. #102; Key Dkt. #80). The Trustee filed the Answer and Response to Motion to Substantively Consolidate Affiliate Chapter 7 Bankruptcy Cases of S-7 Properties, LLC, Key Therapeutics, LLC, and Robert W. Sims, or, Alternatively, to Dismiss S-7 Properties, LLC Bankruptcy Petition Motion (the "Response") (S-7 Dkt. #128) in S-7 Properties' case.

---

are cited as "(Sims Dkt. #)"; and (3) citations to docket entries in the bankruptcy case of *In re Key Therapeutics LLC*, No. 26-00106-JAW, are cited as "(Key Dkt. #)".

[2] Stephen Smith is the chapter 7 trustee in all three bankruptcy cases.

The Court originally set the SubCon Motion/Request for Dismissal and the Response for a combined evidentiary hearing on September 21, 2026 at 1:30 p.m. (S-7 Dkt. #75). At the Hearing, the Trustee asked the Court to bifurcate the evidentiary hearing on the SubCon Motion/Request for Dismissal, set the Request for Dismissal for hearing on the date originally scheduled, September 21, 2026, and continue the SubCon Motion to a later date so that discovery could be completed. Based on the agreement of the parties and for all the reasons set forth in the record at the Hearing, the Trustee's *ore tenus* motion to bifurcate the hearing and the Motion for Continuance are due to be granted.

IT IS, THEREFORE, ORDERED that the Trustee's *ore tenus* motion to bifurcate the hearing on the SubCon Motion/Request for Dismissal is granted. *See* FED. R. BANKR. P. 7042, 9014(c).

IT IS FURTHER ORDERED that the evidentiary hearing on the Request for Dismissal will be held on **Monday September 21, 2026 at 11:00 a.m.** in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that the Motion for Continuance is granted and the evidentiary hearing on the SubCon Motion will be held separately on **Tuesday, October 27, 2026 at 9:30 a.m.** in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that the Bankruptcy Clerk shall cause this Order to be filed and served in all three of the above-captioned chapter 7 cases.

##END OF ORDER##