**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN RE:**

| | |
|---|---|
| **S-7 PROPERTIES, LLC,** | **CASE NO. 26-01029-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

---

**IN RE:**

| | |
|---|---|
| **ROBERT WAYNE SIMS,** | **CASE NO. 26-00138-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

---

**IN RE:**

| | |
|---|---|
| **KEY THERAPEUTICS, LLC,** | **CASE NO. 26-00106-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

## ORDER RESETTING HEARING ON MOTION TO SUBSTANTIVELY CONSOLIDATE CHAPTER 7 BANKRUPTCY CASES

This matter came before the Court on this date on the Motion to Substantively Consolidate Affiliate Chapter 7 Bankruptcy Cases of S-7 Properties, LLC, Key Therapeutics, LLC and Robert W. Sims (the "Motion") (S-7 Dkt. #74) filed by Citizens Bank of Philadelphia and the Trustee's Answer and Response (the "Answer") (S-7 Dkt. #128). The Court, having considered the matter, finds that the unconcluded hearing on November 12, 2026 (the "Hearing") should be continued.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Answer is hereby continued for December 15, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693