United States Bankruptcy Court
Southern District of Mississippi

In re: Robert Wayne Sims
Debtor

Case No. 26-00138-JAW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 3
Date Rcvd: Nov 16, 2026 | Form ID: pdf012 | Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Wayne Sims, 203 Winter Teal Ct, Madison, MS 39110-9652 |
| aty | + | Steven M. Berman, Shumaker, Loop & Kendrick, LLP, 101 East Kennedy Blvd., Suite 2800, Tampa, FL 33602-5153 |
| tr | + | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| acc | + | Harper, Rains, Knight & Company, P.A., 1052 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157-8764 |
| cr | | Jeffrey Thompson, Liquidating Trustee for Legacy-X, c/o Kristina M. Johnson, Esq., Jones Walker LLP, P. O. Box 427, Jackson, MS 39205-0427 |
| sp | + | Liston & Deas PLLC, P.O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | W. Lawrence Deas, Liston & Deas, PLLC, P. O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | William Liston, III, Liston & Deas PLLC, P.O. Box 14127, Jackson, MS 39236-4127 |
| 5647091 | + | Andrew R. Norwood, Esq., Phelps Dunbar, LLP, for Citizens Bank of Philadelphia, 1905 Community Bank Way, Suite 200, Flowood, MS 39232-1249 |
| 5617351 | + | Anna Claire Henderson, Esq., Attorney at Law, for North Point Rx, LLC, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5662691 | + | CHAFFETZ LINDSEY, 1700 BROADWAY, 33RD FLOOR, NEW YORK, NY 10019-5975 |
| 5617345 | + | Derek A. Henderson, Esq., Attorney at Law, for North Point Rx, LLC, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5614087 | + | James Tarbutton, 3249 Brandywine Dr, Madison, MS 39110-9520 |
| 5642090 | + | Jeffery Thompson, Liquidation Trustee for Reorgani, c/o Steven M. Berman, Esq., Shumaker, Loop & Kendrick, LLP, 101 E. Kennedy Blvd., Suite 2800, Tampa, Fl 33602-5153 |
| 5614088 | + | Key Theraputics, LLC, 232 Market St, Ste K, Flowood, MS 39232-3339 |
| 5620508 | | Kristina M. Johnson, Esq., Jones Walker LLP for, Jeffrey Thompson, Liquidating Trustee, P.O. Box 427, Jackson MS 39205-0427 |
| 5614089 | + | Landri McIntosh, 141 Bear Creek Cir, Canton, MS 39046-7003 |
| 5631899 | + | North Point Rx, LLC, c/o Tyler Tedrow, 200 S. Knowles Ave, Winter Park, FL 32789-4304 |
| 5614091 | + | Priorityone Bank, Pob 516, Magee, MS 39111-0516 |
| 5614092 | + | S-7 Properties, 232 Market St, Ste K, Flowood, MS 39232-3339 |
| 5614093 | + | Tesla Trust, 12832 Frontrunner Blvd, Ste 100, Draper, UT 84020-5499 |
| 5614094 | + | The Citizens Bank, 521 Main St, Philadelphia, MS 39350-2544 |
| 5625916 | + | The Citizens Bank of Philadelphia, P.O. Box 578, Carthage, MS 39051-0578 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5634811 | | Email/PDF: bncnotices@becket-lee.com | Nov 16 2026 19:20:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5614083 | + | Email/PDF: bncnotices@becket-lee.com | Nov 16 2026 19:20:22 | Amex, Attn: Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5614084 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 16 2026 19:20:22 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5614086 | + | Email/Text: ebone.woods@usdoj.gov | Nov 16 2026 19:15:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5614085 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 16 2026 19:15:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5614090 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 16 2026 19:15:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |

| | | | |
|---|---|---|---|
| 5614095 | ^ MEBN | Nov 16 2026 19:06:43 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank of Philadelphia |
| cr | | North Point Rx, LLC |
| cr | | PriorityOne Bank |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com shannon.king@phelps.com |
| Andrew Roberts Norwood | on behalf of Plaintiff Citizens Bank of Philadelphia drew.norwood@phelps.com shannon.king@phelps.com |
| Anna Claire Henderson | on behalf of Creditor North Point Rx LLC annaclaire@derekhendersonlaw.com |
| Anna Claire Henderson | on behalf of Creditor PriorityOne Bank annaclaire@derekhendersonlaw.com |
| Blake A. Tyler | on behalf of Plaintiff James Kenneth Tarbutton btyler@pgtlaw.com btyler@pgtlaw.com;pondgadow1@gmail.com;joy.hall511@yahoo.com;jaydah@gadowtyler.com;gadowtyler@jubileebk.net |
| Blake A. Tyler | on behalf of Plaintiff Landri Tarbutton McIntosh btyler@pgtlaw.com btyler@pgtlaw.com;pondgadow1@gmail.com;joy.hall511@yahoo.com;jaydah@gadowtyler.com;gadowtyler@jubileebk.net |
| Craig M. Geno | cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Derek A Henderson | on behalf of Creditor North Point Rx LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Plaintiff North Point Rx LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |

| | |
|---|---|
| Kristina M. Johnson | on behalf of Plaintiff Jeffery Thompson solely in his capacity as Liquidation Trustee kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com |
| Kristina M. Johnson | on behalf of Creditor Jeffrey Thompson Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com |
| Sarah Beth Wilson | on behalf of Plaintiff Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |
| Sarah Beth Wilson | on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Defendant Robert Wayne Sims trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Thomas Carl Rollins, Jr | on behalf of Debtor Robert Wayne Sims trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 18

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN RE:**

**S-7 PROPERTIES, LLC,** **CASE NO. 26-01029-JAW**

**DEBTOR.** **CHAPTER 7**

---

**IN RE:**

**ROBERT WAYNE SIMS,** **CASE NO. 26-00138-JAW**

**DEBTOR.** **CHAPTER 7**

---

**IN RE:**

**KEY THERAPEUTICS, LLC,** **CASE NO. 26-00106-JAW**

**DEBTOR.** **CHAPTER 7**

**ORDER RESETTING HEARING ON MOTION TO SUBSTANTIVELY CONSOLIDATE CHAPTER 7 BANKRUPTCY CASES**

This matter came before the Court on this date on the Motion to Substantively Consolidate Affiliate Chapter 7 Bankruptcy Cases of S-7 Properties, LLC, Key Therapeutics, LLC and Robert W. Sims (the "Motion") (S-7 Dkt. #74) filed by Citizens Bank of Philadelphia and the Trustee's Answer and Response (the "Answer") (S-7 Dkt. #128). The Court, having considered the matter, finds that the unconcluded hearing on November 12, 2026 (the "Hearing") should be continued.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Answer is hereby continued for December 15, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693